**FILED**
**11-02-2020**
**CIRCUIT COURT**
**DANE COUNTY, WI**
**2020CV002276**
**Honorable Jacob Frost**
**Branch 9**

**STATE OF WISCONSIN**          **CIRCUIT COURT**          **DANE COUNTY**

---

**KALIN EXPRESS INC.**
397 East Lilly Drive
Oak Creek, WI 53154-3014
                    Plaintiff,

vs.

**PACCAR INC.**
777 106th Avenue NE
Bellevue, WA 98004
          **Registered Agent:**
          The Prentice-Hall Corporation System, Inc.
          8040 Excelsior Drive, Suite 400
          Madison, WI 53717
                    Defendant.

**SUMMONS**

Case No.:
Case Classification: other contracts
Case Code: 30303

---

**THE STATE OF WISCONSIN**, to each person named above as a Defendant.

**YOU ARE HEREBY NOTIFIED** that the Plaintiff named above has filed a lawsuit or other legal action against you.  The Complaint, which is attached, states the nature and basis of the legal action.

Within twenty (20) days of receiving this Summons, you must respond with a written Answer, as that term is used in Chapter 802 of the Wisconsin Statutes, to the Complaint.  The Court may reject or disregard an Answer that does not follow the requirements of the statutes.  The Answer must be sent or delivered to the Court, whose address is: Dane County Courthouse, Room 1000, 215 South Hamilton Street, Madison, WI 53703 and to Feldner Law Offices, one of Plaintiff's attorneys, whose address is: 789 Coyote Court, Hubertus, WI 53033.  You may have an attorney help or represent you.

If you do not provide a proper Answer within twenty (20) days, the Court may



grant judgment against you for the award of money or other legal action requested in the Complaint, and you may lose your right to object to anything that is or may be incorrect in the Complaint.  A judgment may be enforced as provided by law.  A judgment awarding money may become a lien against any real estate you own now or in the future, and may also be enforced by garnishment or seizure of property.

Dated: October 29th, 2020

**CONSUMER LEGAL SERVICES**
**Attorneys for Plaintiff**

Electronically signed by Steven S. Toth
STEVEN S. TOTH
State Bar No: 1024433
RONALD J. BOLZ
State Bar No: 1023582
30928 Ford Road
Garden City, MI 48135
(734) 261-4700
*stoth@lemonauto.com*

**FELDNER LAW OFFICES**

Electronically signed by Jerome T. Feldner
JEROME T. FELDNER
State Bar No: 1023963
789 Coyote Court
Hubertus, WI 53033
(262) 442-9253
*feldnerlaw@charter.net*

FILED
11-02-2020
CIRCUIT COURT
DANE COUNTY, WI
2020CV002276
Honorable Jacob Frost
Branch 9

**STATE OF WISCONSIN          CIRCUIT COURT          DANE COUNTY**

---

**KALIN EXPRESS INC.**
397 East Lilly Drive
Oak Creek, WI 53154-3014
                    Plaintiff,

vs.

**PACCAR INC.**
777 106th Avenue NE
Bellevue, WA 98004
          **Registered Agent:**
          The Prentice-Hall Corporation System, Inc.
          8040 Excelsior Drive, Suite 400
          Madison, WI 53717
                    Defendant.

**COMPLAINT & JURY DEMAND**
Case No.:
Case Classification: other contracts
Case Code: 30303

---

**NOW COMES** Plaintiff, Kalin Express Inc., by and through its attorneys

**CONSUMER LEGAL SERVICES**, by Steven S. Toth and Ronald J. Bolz, and

**FELDNER LAW OFFICES**, by Jerome T. Feldner, who complains against the above-

named Defendant as follows:

## PARTIES

1.      Plaintiff is a Domestic Corporation authorized to do business in the State

of Wisconsin with its principal office located at 397 East Lilly Drive, Oak Creek, WI

53154-3014.

2.      Defendant, PACCAR Inc. (hereinafter referred to as the "Defendant"), is a

Foreign Corporation authorized to do business in the State of Wisconsin, whose

Registered Agent is The Prentice-Hall Corporation System, Inc. located at 8040

-1-

Excelsior Drive, Suite 400, Madison, WI 53717.

## **FACTS**

3.     On or about November 8, 2019, Plaintiff took delivery of a new 2020 Kenworth T680, Vehicle Identification Number 1XKYD49X2LJ422269 (hereinafter referred to as the "2020 Kenworth"), from Wisconsin Kenworth (hereinafter referred to as the "Seller") in Dane County, WI which was manufactured by the Defendant (see copy of Motor Vehicle Purchase Contract and Vehicle Invoice listing a "Selling Price" of $177,820.50 that were included in the documents attached to Plaintiff's Motor Vehicle Lemon Law Notice and Nonconformity Report that were sent to Defendant that are attached hereto and marked as Exhibit A).

4.     The 2020 Kenworth was sold to Plaintiff with written warranties and other express and implied warranties including, by way of example and not by way of limitation, warranties provided by Defendant that were given to Plaintiff at the time of purchase by Seller (a copy of the written warranties, including but not limited to the express "Original Manufacturer Warranty" as referenced on the Motor Vehicle Purchase Contract included in Exhibit A, are in the possession of Defendant).

5.     Plaintiff has taken the 2020 Kenworth to Defendant's authorized dealers and/or authorized service centers for repairs on numerous occasions with it being out of service well in excess of 30 days because of one or more defects during its first year under warranty. By way of example and not by way of limitation, the defects with Plaintiff's 2020 Kenworth include the following:

| Date | Mileage | Complaint |
| --- | --- | --- |
| 03/12/20 - 03/13/20 | 33,259 | **ENGINE DEFECT**: Low coolant level light coming on – internal coolant loss |
| 04/01/20 | 37,167 | **ENGINE DEFECT**: Truck is back again for using/loosing coolant – no leaks seen on the ground |
| 05/19/20 - 05/21/20 | 53,207 | **EXTERIOR DEFECT**: Frame has peeling paint; **ENGINE DEFECT**: The truck is using/losing one (1) gallon of coolant in 15,000 miles - coolant level at minimum mark - coolant hoses on the right side of the engine by the firewall have a flat spot where they are rubbing together - both fuel tanks are getting wet where the artic fox heaters are mounted onto the tank |
| 06/26/20 - 06/29/20 | 69,994 | **ENGINE DEFECT**: Truck brought back again for using/loosing coolant – no leaks seen on the ground |
| 08/19/20 | 91,081 | **ENGINE DEFECT**: Customer states that he has gone through 1 to 1.5 gallons of coolant in the last 10,000 miles – coolant level is about 2 inches below minimum – starts the truck and it drops further – coolant level will be at minimum when warm – low coolant light is on – check engine light will come on when going over hills – coolant leak at manifold on right side of firewall that heater hoses connect to; exhaust flex behind sleeper is broken |

6.     This cause of action arises out of Defendant's various breaches of warranties and violations of statutes as hereinafter alleged.

7.     The amount in controversy exceeds TEN THOUSAND DOLLARS ($10,000.00), exclusive of interest and costs, for which Plaintiff seeks judgment against Defendant, together with any equitable relief.  In addition, Plaintiff seeks damages from Defendant for the amount of incidental, consequential, collateral costs and actual damages, together with interest, costs and actual attorneys' fees.

-3-

**COUNT I**
**BREACH OF EXPRESS WARRANTY**

8.      Plaintiff incorporates herein by reference each and every allegation contained in Paragraphs 1 through 7 as though herein fully restated and realleged.

9.      Plaintiff is a "buyer" under the Wisconsin Uniform Commercial Code, W.S.A. 402.103(1)(a).

10.     Defendant is a "seller" under the Wisconsin Uniform Commercial Code, W.S.A. 402.103(1)(d).

11.     The 2020 Kenworth constitutes "goods" under the Wisconsin Uniform Commercial Code, W.S.A. 402.105(1).

12.     This is a "transaction in goods" to which W.S.A. 402.102 and W.S.A. 402.105(1) are applicable.

13.     Plaintiff's purchase of the 2020 Kenworth was accompanied by an express warranty, written and otherwise offered by Defendant. Whereby this express warranty was part of the basis of the bargain of the contract upon which Plaintiff relied when purchasing the 2020 Kenworth.

14.     In this express warranty, Defendant warranted that if any defects were discovered within certain periods of time, Defendant would provide repair of the 2020 Kenworth free of charge to Plaintiff under specific terms as stated in the express warranty.

15.     Plaintiff discovered the 2020 Kenworth had defects and problems that

-4-

were discovered after Plaintiff took delivery of this vehicle as discussed above.

16.    Plaintiff notified Defendant and/or Defendant's authorized motor vehicle dealers of the aforementioned defects.

17.    Plaintiff provided Defendant with sufficient opportunities to repair or replace the 2020 Kenworth.

18.    Plaintiff reasonably met all of the obligations and pre-conditions as provided in the express warranty.

19.    Defendant and/or Defendant's authorized motor vehicle dealers have failed to adequately repair the 2020 Kenworth and/or have not repaired the 2020 Kenworth in a timely fashion and the 2020 Kenworth remains in a defective condition.

20.    Even though the express warranty provided to Plaintiff limited Plaintiff's remedy to repair, replace and/or adjust defective parts, the 2020 Kenworth's defects have rendered the limited warranty ineffective to the extent that the limited remedy of repair, replace and/or adjustment of defective parts failed of its essential purpose pursuant to W.S.A. 402.719(2); and/or the above remedy is not the exclusive remedy under W.S.A. 402.719(1)(b).

21.    The 2020 Kenworth continues to contain defects which substantially impair the value of the motor vehicle to Plaintiff.

22.    These defects could not reasonably have been discovered by Plaintiff prior to Plaintiff's acceptance of the 2020 Kenworth.

23.    Defendant induced Plaintiff's acceptance of the 2020 Kenworth by agreeing, by means of the express warranty, to remedy, within a reasonable time, those

defects which had not been or could not have been discovered prior to acceptance.

24.     As a result of the 2020 Kenworth's many and continuing defects, Plaintiff has lost faith and confidence in the 2020 Kenworth and Plaintiff cannot reasonably rely upon the vehicle for the ordinary purpose of safe and efficient transportation.

25.     Plaintiff alleges that as of the date of the filing of this Complaint, the 2020 Kenworth was in substantially the same condition as at delivery except for damage caused by its own defects and ordinary wear and tear.  Therefore, Plaintiff is entitled to damages for breach of warranty calculated by the difference at the time and place of acceptance between the value of the 2020 Kenworth as accepted and the value it would have had if it had been as warranted.

26.     Defendant has refused Plaintiff's demands and has refused to provide Plaintiff with the remedies to which Plaintiff is entitled pursuant to W.S.A. 402.313, 402.714 and 402.715.

WHEREFORE, Plaintiff demands judgment against Defendant:

A.     For damages incurred by breach of the express warranty;

B.     For a refund of the purchase price paid by Plaintiff for the 2020 Kenworth;

C.     To cancel the retail installment contract and pay the balance on the same;

D.     For incidental, consequential and actual damages;

E.     For costs, interest and actual attorneys' fees; and

F.     For such other equitable relief that this Court deems appropriate.

**COUNT II**
**VIOLATION OF REPAIR REPLACEMENT AND REFUND UNDER**
**NEW MOTOR VEHICLE WARRANTIES ACT, W.S.A.218.0171 ET SEQ**

27.     Plaintiff incorporates herein by reference each and every allegation contained in Paragraphs 1 through 26 as though herein fully restated and realleged.

28.     Plaintiff is a "consumer" under the Wisconsin New Motor Vehicle Warranties Act (hereinafter referred to as the "Lemon Law"), W.S.A. 218.0171(1)(b).

29.     Defendant is a "manufacturer" under the Lemon Law, W.S.A. 218.0171(1)(c).

30.     The 2020 Kenworth is a "motor vehicle" under the Lemon Law, W.S.A. 218.0171(1)(d).

31.     Seller is a "motor vehicle dealer" under the Lemon Law, W.S.A. 218.0171(1)(e).

32.     Plaintiff's 2020 Kenworth has been subject to a reasonable attempt to repair the aforementioned nonconformities:

      (a)     the same warranty nonconformity with the 2020 Kenworth has been subject to at least four repair attempts by Defendant, through its authorized motor vehicle dealers within the term of the Defendant's express warranty applicable to the 2020 Kenworth or within one year from the date of delivery to Plaintiff; and/or

      (b)     the 2020 Kenworth was "out of service" as defined by W.S.A. 218.0171(1)(g) for thirty (30) or more days within the terms of

express warranty applicable to the 2020 Kenworth, or within one
year from the date of delivery to Plaintiff.

33.　　The 2020 Kenworth continues to manifest the aforementioned
nonconformities.

34.　　The aforementioned nonconformities substantially impaired the use, value
and/or safety of the 2020 Kenworth to the Plaintiff.

35.　　On or around September 14, 2020, Defendant received Plaintiff's request
for a comparable replacement vehicle and a refund of Plaintiff's collateral costs
pursuant to the Lemon Law, W.S.A. 218.0171 (see copy of USPS Certified Mail
Receipt, Plaintiff's Motor Vehicle Lemon Law Notice and Nonconformity Report and the
documents included with Plaintiff's Motor Vehicle Lemon Law Notice and Nonconformity
Report once again attached hereto and marked as Exhibit A).

36.　　Defendant failed to comply with Plaintiff's request for a comparable
replacement vehicle and a refund of Plaintiff's collateral costs pursuant to the Lemon
Law and instead sent an October 13, 2020 dated letter from Jeffrey S. Fertl indicating
Defendant would be denying Plaintiff's claim (see copy of October 13, 2020 letter from
Jeffrey S. Fertl attached hereto and marked as Exhibit B).

WHEREFORE, Plaintiff demands judgment against Defendant:

A.　　To refund to Plaintiff the full purchase price, plus any sales tax, finance
charges, amount paid by the Plaintiff at the point of sale and collateral costs;

B.　　Pursuant to W.S.A. 218.0171(7), Plaintiff is entitled to the amount of any
pecuniary loss, together with costs, disbursements and actual reasonable attorneys'

-8-

fees;

C.     For prejudgment interest; and

D.     For such other equitable relief that this Court deems appropriate.

**COUNT III**
**VIOLATION OF REPAIR REPLACEMENT AND REFUND UNDER**
**NEW MOTOR VEHICLE WARRANTIES ACT, W.S.A.218.0171 ET SEQ**

37.     Plaintiff incorporates herein by reference each and every allegation contained in Paragraphs 1 through 36 as though herein fully restated and realleged.

38.     The 2020 Kenworth does not conform to Defendant's express warranty due to the inability of Defendant and/or Defendant's authorized repair facilities to repair the aforementioned nonconformities. [W.S.A. 218.0171(2)(a)]

39.     Plaintiff reported the aforementioned nonconformities to Defendant and/or Defendant's authorized motor vehicle dealers. [W.S.A. 218.0171(2)(a)]

40.     Plaintiff made the 2020 Kenworth available for repair before the expiration of Defendant's warranty and/or one year after first delivery of the 2020 Kenworth to Plaintiff. [W.S.A. 218.0171(2)(a)]

WHEREFORE, Plaintiff demands judgment against Defendant:

A.     For all damages resulting from Defendant's breach of warranty;

B.     For all damages attributable to Defendant's inability to repair the 2020 Kenworth;

C.     Pursuant to W.S.A. 218.0171(7), Plaintiff is entitled to the amount of any pecuniary loss, together with costs, disbursements and actual reasonable attorneys' fees;

D.     For prejudgment interest; and

E.     For such other equitable relief that this Court deems appropriate.

## JURY DEMAND

Plaintiff demands a trial by jury on all issues triable by jury.

Dated: October 29th, 2020                **CONSUMER LEGAL SERVICES**
                                         **Attorneys for Plaintiff**

                                         Electronically signed by Steven S. Toth
                                         STEVEN S. TOTH
                                         State Bar No: 1024433
                                         RONALD J. BOLZ
                                         State Bar No: 1023582
                                         30928 Ford Road
                                         Garden City, MI 48135
                                         (734) 261-4700
                                         *stoth@lemonauto.com*

                                         **FELDNER LAW OFFICES**

                                         Electronically signed by Jerome T. Feldner
                                         JEROME T. FELDNER
                                         State Bar No: 1023963
                                         789 Coyote Court
                                         Hubertus, WI 53033
                                         (262) 442-9253
                                         *feldnerlaw@charter.net*

-10-

FILED
11-02-2020
CIRCUIT COURT
DANE COUNTY, WI
2020CV002276
Honorable Jacob Frost

**EXHIBIT A**

USPS TRACKING #

MILWAUKEE WI 530

14 SEP 2020 PM 3 L

9590 9402 5783 0034 3799 80

**United States Postal Service**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

30928 Ford Rd.
Garden City. MI 48135

Piliporic

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The Prentice-Hall Corporation System, Inc.
Attn: PACCAR, Inc.
8040 Excelsior Drive
Suite 400
Madison, WI 53717

9590 9402 5783 0034 3799 80

2. Article Number (Transfer from service label)
7018 0680 0001 1218 4726

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____     ☐ Agent
              ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
John Long                         9/14

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Sent To  PACCAR, Inc.

Street and Apt. No., or PO Box No.
8040 Excelsior Dr. Suite 400
City, State, ZIP+4®
Madison, WI 53717

GARDEN CITY MI
SEP 10 2020
Postmark Here

7018 0680 0001 1218 4726

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions



# MOTOR VEHICLE LEMON LAW NOTICE AND NONCONFORMITY REPORT

Wisconsin Department of Transportation
MV2691    5/20/2014

Demand for relief under Wis. Stat. s.218.0171                    See Page 2 for Vehicle Defect and Repair Information

**Pursuant to the Wisconsin Lemon Law, I am notifying the manufacturer identified below of the following:** *(check only one)*

☒ My vehicle has been made available for repair at least 4 times for the same defect during its first year under warranty.

☐ My vehicle has been out of service at least 30 days because of one or more defects during its first year under warranty.

☐ During the first year of use my warranty expired on: _____ (m/d/yyyy) when the vehicle reached _____ miles.
My vehicle was out of service at least 4 times or for 30 days because of one or more defects prior to that date.

| Vehicle Make | Vehicle Model | Vehicle Year | Vehicle Identification Number (VIN) |
|---|---|---|---|
| Kenworth | T680 | 2020 | 1XKYD49X2LJ422269 |

| Mileage of the Vehicle at the First Nonconformity | Purchase Price of the Motor Vehicle |
|---|---|
| 33,259 | $177,825.50 |

| Name of Selling or Leasing Dealer or Leasing Company | Manufacturer |
|---|---|
| Wisconsin Kenworth, a CSM Company | PACCAR Inc. |

| Address, City and State of Selling or Leasing Dealer or Leasing Company | Vehicle Delivery Date (m/d/yyyy) |
|---|---|
| 4539 Kenworth Drive, Windsor, WI 53598 | 11/8/2019 |

| Name of Financial Institution(s) that Financed or Leased Vehicle or that Have a Lien on Vehicle | Loan Account Number(s) |
|---|---|
| First Citizens Bank | XXXXXX9918 |

My vehicle has a defect(s) that substantially impairs its use, value or safety. I demand that the manufacturer give me *one* of the following:

☒ A comparable replacement vehicle and a refund of my collateral costs. (The manufacturer may, at its option, provide a complete refund of the full purchase price paid for the vehicle, plus any sales tax, finance charge, amount paid by the consumer at the point of sale and all collateral costs. This is to be provided within 45 days, except that 120 days shall be permitted for a vehicle having a gross vehicle weight rating or actual weight in excess of 10,000 pounds.)

☐ I purchased the vehicle and demand a refund of the full purchase price of the vehicle plus any sales tax, finance charge, amount paid by me at the point of sale and collateral costs, less a reasonable amount for use, calculated in accordance with Wis. Stat. ss.218.0171(2)(b)2.

☐ I leased the vehicle and demand a refund for the current value of the written lease be given to the motor vehicle lessor and to any holder of a perfected security interest in the vehicle, and a refund to me, the consumer, of all amounts I paid under the written lease plus any sales tax and collateral costs, less a reasonable allowance for use, calculated in accordance with Wis. Stat. ss.218.0171(2)(b)3.

Itemization of collateral costs and any other damages I have incurred in connection with vehicle repairs. *(Examples include alternative transportation, rental care fees and towing costs. Attach additional pages if needed.)* Describe:

Description of non-removable options that have been added to my vehicle after the sale, but not included in the vehicle purchase price. *(Examples include sunroof, rustproofing, roof rack, pinstriping, etc. Attach additional pages if needed.)* Describe: Lights and Bezel - $1,500; Thermo Kinjg Tripac Evolution APU - $11,625

Description of missing equipment or serious unrepaired vehicle damage. *(Do not include normal wear and tear such as minor dents, scratches, pitted glass, soiled carpets, minor stains or tears. Attach additional pages if needed.)* Describe:

I offer to return my motor vehicle and transfer title after the manufacturer meets my demand for Lemon Law relief. I hereby authorize the manufacturer to contact the financial institution(s) identified above for financing information needed to calculate a refund. Authorization expires 35 days from the date this document is executed. *(see below).*
**NOTICE FOR OWNERS OF A VEHICLE WITH A GROSS VEHICLE WEIGHT RATING OR ACTUAL WEIGHT IN EXCESS OF 10,000 POUNDS:** If you, as a heavy vehicle owner, enter into any negotiated written settlement with the manufacturer, you thereby waive all of your rights under the Wisconsin Lemon Law, Wis. Stat. s. 218.0171.

| Owner Name (First, MI, Last – Print) | Home (Area Code) Telephone Number *(optional)* |
|---|---|
| Kalin Express Inc. by: Petar Pilipovic | |

| Co-Owner Name (First, MI, Last – Print) *(if any)* | Work (Area Code) Telephone Number *(optional)* |
|---|---|
| | (414) 394-3863 |

| Address, City, State, ZIP Code | FAX (Area Code) Telephone Number *(optional)* |
|---|---|
| 397 East Lily Drive, Oak Creek, WI 53154-3014 | |

x *Petar Philipovic* 9/10/20
(Owner Signature)                    (Date - m/d/yyyy)

## MOTOR VEHICLE LEMON LAW NOTICE AND NONCONFORMITY REPORT *(continued)*

Wisconsin Department of Transportation  MV2691

**VEHICLE DEFECT AND REPAIR INFORMATION**

I have made my vehicle available to an authorized dealership for repair because of the defect(s) on these dates:

| Date In *(m/d/yyyy)* | Date Out *(m/d/yyyy)* | Mileage In | Mileage Out | Dealership Name |
|---|---|---|---|---|
| 3/12/2020 | 3/13/2020 | 33,259 | 33,259 | Cummins Sales and Service (Milwaukee Branch - 800 West Ryan Road, Oak Creek, WI 53154) |

**Problems Reported**

Engine Defect: Low coolant level light is coming on - internal coolant loss

| Date In *(m/d/yyyy)* | Date Out *(m/d/yyyy)* | Mileage In | Mileage Out | Dealership Name |
|---|---|---|---|---|
| 4/1/2020 | 4/1/2020 | 37,167 | 37,167 | Cummins Sales and Service (Milwaukee Branch - 800 West Ryan Road, Oak Creek, WI 53154) |

**Problems Reported**

Engine Defect: Truck brough back in again for using/losing coolant - no leaks seen on the ground

| Date In *(m/d/yyyy)* | Date Out *(m/d/yyyy)* | Mileage In | Mileage Out | Dealership Name |
|---|---|---|---|---|
| 5/19/2020 | 5/21/2020 | 53,207 | 53,207 | Wisconsin Kenworth, a CSM Company (4539 Kenworth Drive, Windsor, WI 53598) |

**Problems Reported**

Engine Defect: Truck is using/losing 1 gallon of coolant in 15,000 miles - coolant level at minimum mark; coolant hoses on the right side of the engine by the fire wall have a flat spot where they are rubbing together; both fuel tanks are getting wet where the artic fox heaters are mounted onto the tank; Exterior Defect: Frame has peeling paint

| Date In *(m/d/yyyy)* | Date Out *(m/d/yyyy)* | Mileage In | Mileage Out | Dealership Name |
|---|---|---|---|---|
| 6/26/2020 | 6/29/2020 | 69,994 | 69,994 | Cummins Sales and Service (Milwaukee Branch - 800 West Ryan Road, Oak Creek, WI 53154) |

**Problems Reported**

Engine Defect: Truck brough back in again for using/losing coolant - no leaks seen on the ground

| Date In *(m/d/yyyy)* | Date Out *(m/d/yyyy)* | Mileage In | Mileage Out | Dealership Name |
|---|---|---|---|---|
| 8/9/2020 | 8/9/2020 | 91,081 | 91,081 | Wisconsin Kenworth, a CSM Company |

**Problems Reported**

Engine Defect: Customer states that he has gone through 1 to 1.5 gallons of coolant; Exhaust flex behind sleeper is broken

| Date In *(m/d/yyyy)* | Date Out *(m/d/yyyy)* | Mileage In | Mileage Out | Dealership Name |
|---|---|---|---|---|
| | | | | |

**Problems Reported**

**MOTOR VEHICLE PURCHASE CONTRACT** THIS IS AN OFFER TO PURCHASE THAT WILL BECOME A BINDING MOTOR VEHICLE PURCHASE CONTRACT IF ACCEPTED BY THE DEALER. THE DEALER MUST ACCEPT OR REJECT THE OFFER WITHIN 4 WORKING HOURS OR THE OFFER IS AUTOMATICALLY VOIDED. AND YOU MAY RESCIND THE OFFER UNLESS AND UNTIL ACCEPTED BY THE DEALER. UNTIL ACCEPTANCE OR REJECTION OF THIS OFFER THE DEALER SHALL BE PROHIBITED FROM SELLING THE VEHICLE TO ANY OTHER PARTY.

**TRUCK**

NO. _____

| DEALER NAME | | VEH. STOCK NO. OR ORDER NO. | | ORDER DATE |
|---|---|---|---|---|
| ADDRESS | **Wisconsin Kenworth** 4539 Kenworth Drive Windsor, WI 53598 | | | |
| CITY STATE ZIP | | SALESPERSON'S NAME (PLEASE PRINT) | Gibbs | |
| TELEPHONE NO | | SALESPERSON'S LICENSE NUMBER | 8103 | |

| PROSPECTIVE PURCHASER ("YOU") NAME(S) | Kalin Express Inc | | | |
|---|---|---|---|---|
| PROSPECTIVE PURCHASER STREET ADDRESS | 397 E Lily Drive | CITY Oak Creek | STATE WI | ZIP 53154 |
| RESIDENCE PHONE | CELL PHONE (414) 914-3949 | BUSINESS PHONE | RESIDENCE COUNTY | RESIDENCE TOWNSHIP/CITY/VILLAGE | E-MAIL ADDRESS |

| PLEASE ENTER MY ORDER FOR THE FOLLOWING DESCRIBED VEHICLE | ☒ NEW | ☐ USED ( ☐ DEMO ☐ GLIDER KIT) | TITLE AS ☐ TRAILER ☒ TRUCK ☐ BUS | LICENSE NO. |

| | MODEL YEAR | CHASSIS YEAR* | DATE OF MANUFACTURE | YEAR ON TITLE | MAKE – TRADE NAME | MODEL | IDENTIFICATION NO. |
|---|---|---|---|---|---|---|---|
| PURCHASED VEHICLE | 2020 | | | 2020 | Kenworth | T680 | 1XKYD49X2LJ422269 |
| OWNED OR LEASED TRADE-IN | | | | | | | |

*MODEL YEAR OF THE CHASSIS MUST BE SHOWN FOR NEW VEHICLES WHEN DIFFERENT FROM THAT OF THE FINISHED VEHICLE.

| ORDERED COLOR | ORDERED TRIM | ORDERED ENGINE | WB | C.A. |
|---|---|---|---|---|

Dealer is not a party to any manufacturer warranties. Warranty terms may be negotiable. Terms agreed to on the purchase contract are final.
**WARRANTY & SERVICE CONTRACT INFORMATION** Refer to separate document for coverages and exclusions. Dealer disclaims implied warranties of merchantability and fitness for a particular purpose.
**AS IS - NO WARRANTY.** Unless "Dealership" is checked under Limited Warranty information, this vehicle is sold AS IS and the dealer assumes no responsibility for any repairs regardless of any oral statements about the vehicle.
**IMPORTANT:** Ask for all promises in writing. Spoken promises are difficult to enforce. Warranty terms may be negotiable. Terms agreed to on the purchase contract are final.
**Manufacturer Warranty Information** (Dealer is not a party to any manufacturer warranty)
☒ Original Manufacturer Warranty (either new or remaining)
Expiration: 7 .yr. (date) 5 yr (miles), whichever comes first.
Deductible: _____ Transfer fee: _____
☐ Original Manufacturer Warranty EXPIRED or NOT KNOWN
☐ Original Manufacturer Warranty CANCELLED due to history
☐ LIMITED EXTENDED WARRANTY/SERVICE CONTRACT provided by:
☐ Manufacturer ☐ Warranty company ☐ Dealership
Duration: _____ (months) _____ (miles), whichever comes first.
Deductible: _____ Transfer fee: _____
Percentage of repair costs to be paid by you: _____
Warranty term begins on: _____

**FEDERAL EXCISE TAX CALCULATIONS**

| | |
|---|---|
| Total Cash Price (1) .................. $ (Includes Delivery Charge OEM to Dealer) | |
| Delivery Cost (Dealer to Customer) ............ | |
| Less Services Fee ......................... − | |
| Less Value of a Non-taxable Body ........... − | |
| Other ............................... +/− | |
| Total F.E.T. Taxable Base ................. $ | |
| _____ % Federal Excise Tax ............. $ | |
| Less Optional Tire Tax Credit ............. $ | |
| Federal Excise Tax (Transfer to Line k) ..... $ | |

**GWVR/GCWR:** The Gross Vehicle Weight (GWVR), or Gross Combination Weight Rating (GCWR) (whichever is applicable) of the vehicle subject to this order is _____ lbs. Seller disclaims any and all liability for damages resulting from operation of the vehicle in excess of the above stated GWVR or GCWR. The trade-in vehicle (☐ was) (☐ was not) subject to payment of the Federal Highway Use Tax. If applicable, check the appropriate box.
☐ The Federal Highway Use Tax for the current tax period has NOT been paid.
☐ The Federal Highway Use Tax for the current tax period has been paid to the Internal Revenue Service Center, _____ (city), _____ (state).

**ANTICIPATED DELIVERY DATE:**
Regardless of reason, if the vehicle ordered by the purchaser is not available for delivery within 15 calendar days after the anticipated delivery date, the purchaser may cancel this order and shall, within one business day, receive a full refund of any down payment, and return of trade-in vehicle, or title for trade-in vehicle, or both. If the trade-in is not available, the purchaser shall receive the trade-in allowance. Unless delivery date is otherwise qualified on the purchase contract by the purchaser, if the ordered vehicle becomes available for delivery prior to the stated anticipated delivery date, the dealer licensee may require acceptance not less than 21 calendar days after having notified the purchaser of availability of delivery, in which case no penalty shall be assessed for nonacceptance of delivery prior to the stated anticipated delivery date.

| USED: | PRICE from the Voluntary Disclosure Label (if displayed) | $ |
|---|---|---|
| NEW: | ☐ Listing of additional specifications, optional equipment and accessories on attached addendum. | |
| BASE MSRP (Manufacturer Suggested Retail Price) ......... $ | | 177,820.50 |

**PRICE OF THE VEHICLE**

| | | |
|---|---|---|
| a. Total of Options/Accessories ....... | | |
| b. Services Fee .................... | $150.00 | |
| c. Discount ...................... | | |
| 1. Cash Price (BASE MSRP or USED PRICE + a + b − c) ... 1. | | |

**TRADE ALLOWANCE**
(See reverse side for lease equity calculation. If net lease equity is negative, add in line d and 9)

| | | |
|---|---|---|
| 2. Owned Trade-in Allowance or Net Lease Equity .. 2. | | 0 |
| d. Trade Difference (1 − 2) ....... | | |

**TAXABLE ITEMS PURCHASED WITH THE VEHICLE**

| | | |
|---|---|---|
| e. Other ......................... | | |
| f. Service Contract ................ | | |
| 3. Total of Taxable Items (e + f) .......... 3. | | 0 |

**SALES TAX CALCULATION**

| | | |
|---|---|---|
| g. Amount Subject to Sales Tax (1−2+3) .... | | |
| h. State Tax (g x .05) ............. | MC 709.344 | |
| i. County Tax (g x .005) ........... | | |
| j. Local/Stadium Tax (g x .001) ...... | | |
| 4. Total of Taxes (h + i + j) ............ 4. | | 0 |

**TAX AND NON-TAXABLE ITEMS PURCHASED WITH VEHICLE**

| | | |
|---|---|---|
| k. Federal Excise Tax .............. | | |
| l. Federal Highway Use Tax Owing ...... | | |
| m. Fees to appear on MV11 ......... | 179.50 | |
| n. Other ......................... | | |
| 5. Total of Non-taxable Items (k + l + m + n) ... 5. | | 179.50 |

**OWNED VEHICLE PAYOFF**
Due to _____

| | | |
|---|---|---|
| 6. Estimated Payoff Amount on Owned Trade-in ...... 6. | | |

**CASH & CASH EQUIVALENTS**

| | | |
|---|---|---|
| o. Cash Down Payment on Order ........ | 28,000 | |
| p. REBATES | CASH BACK ASSIGNED ☐ ☐ | |
| | ☐ ☐ | |
| | ☐ ☐ | |
| q. Additional Cash Due (Date/Amount) .... | | |
| 7. Total Cash and Rebates (o + p [if assigned] + q) ... 7. | | 28,000.00 |

**8. Due on Delivery or Balance to Finance**
(1 − 2 + 3 + 4 + 5 + 6 − 7) ................. 8. | 150,000.00 |

A service fee is not required by law, but may be charged to motor vehicle purchasers or lessees for services related to compliance with state and federal laws, verifications and public safety, and must be reasonable.

☒ This is a Finance Transaction. (Check A. or B.):
Closing scheduled at dealer's office on specified delivery date or as mutually agreed. You are

Duration: _____ (months) _____ (miles), whichever comes first.
Deductible: _____ Transfer fee: _____
Percentage of repair costs to be paid by you: _____
Warranty term begins on: _____

**FEDERAL EXCISE TAX CALCULATIONS**

Total Cash Price (1) . . . . . . . . . . . . . . . . . . $ _____
  (Includes Delivery Charge OEM to Dealer)
Delivery Cost (Dealer to Customer) . . . . . . . . _____
Less Services Fee . . . . . . . . . . . . . . . . . . _____
Less Value of a Non-taxable Body . . . . . . . . _____
Other _____ +/– _____
Total F.E.T. Taxable Base . . . . . . . . . . . . . . $ _____
  _____ % Federal Excise Tax . . . . . . . . . $ _____
Less Optional Tire Tax Credit . . . . . . . . . . . . _____
  Federal Excise Tax (Transfer to Line k) . . . $ _____

GWVR/GCWR: The Gross Vehicle Weight (GVWR), or Gross Combination Weight Rating (GCWR) (whichever is applicable) of the vehicle subject to this order is _____ lbs. Seller disclaims any and all liability for damages resulting from operation of the vehicle in excess of the above stated GWVR or GCWR.

The trade-in vehicle (☐ was) (☐ was not) subject to payment of the Federal Highway Use Tax. If applicable, check the appropriate box.

☐ The Federal Highway Use Tax for the current tax period has NOT been paid.
☐ The Federal Highway Use Tax for the current tax period has been paid to the Internal Revenue Service, _____ (city), _____ (state).

**ANTICIPATED DELIVERY DATE:**
Regardless of reason, if the vehicle ordered by the purchaser is not available for delivery within 15 calendar days after the anticipated delivery date, the purchaser may cancel this order and shall, within one business day, receive a full refund of any down payment, and return of trade-in vehicle, or title for trade-in vehicle, or both. If the trade-in is not available, the purchaser shall receive the trade-in allowance. Unless delivery date is otherwise qualified on the purchase contract by the purchaser, if the ordered vehicle becomes available for delivery prior to the stated anticipated delivery date, the dealer licensee may require acceptance not less than 21 calendar days after having notified the purchaser of availability of delivery, in which case no penalty shall be assessed for nonacceptance of delivery prior to the stated anticipated delivery date.

OTHER CONDITIONS OF SALE _____

☐ **THE ORDERED VEHICLE MUST BE LOCATED**
If the motor vehicle dealer and purchaser enter into a purchase contract for a new motor vehicle not available at the dealer's lot, the dealer and purchaser agree that the vehicle mileage upon delivery will not exceed _____ miles. Before vehicle delivery, purchaser has the right to cancel the purchase contract if the mileage of the vehicle exceeds that amount. The option to cancel ends at acceptance of delivery.

☐ ORDER OUT VEHICLE NOT PRICE PROTECTED (see Back of Contract for details.)

BUYER'S REPRESENTATIONS: This transaction is voidable at the option of the dealer at any time prior to delivery of the purchased vehicle if any of the following representations are untrue. The option to void this transaction in no way limits or restricts the election of other remedies available to the dealer prior to or after the closing of this transaction and these representations survive the closing of this transaction as to other remedies available to the dealer. You must read and answer these questions. I represent and warrant:

|   | YES | NO |
|---|---|---|
| 1. That I am 18 years of age or older. | ☐ | ☐ |
| 2. That I have full power, right and lawful authority to dispose of the trade-in. | ☐ | ☐ |
| 3. That, notwithstanding the payoff amount that dealer agrees to make as indicated in the components of price of the Purchase contract or in Other Conditions of Sale, I will ensure that any and all liens or encumbrances on the trade-in are satisfied and released before or immediately upon delivery of the trade-in to the dealer. | ☐ | ☐ |
| 4. That the only holder(s) of a security interest or lien in the trade-in [Lienholders] is (are) shown below. | ☐ | ☐ |
| 5. That the trade-in is not subject to a child support lien. | ☐ | ☐ |
| 6. That the trade-in does not have a cracked or defective head, block, powertrain, or frame (including supportive portion of unibody). | ☐ | ☐ |
| 7. That all parts of the trade-in emission control system are as originally installed by the manufacturer or have comparable and tested replacement equipment. | ☐ | ☐ |
| 8. That the engine and transmission of the trade-in have not been changed from manufacturer's original equipment specifications. | ☐ | ☐ |

Lienholder(s): _____

No oral representations are binding unless written on this form. The document (including the items printed on the Reverse Side) is the entire agreement between You and Dealer and supersedes any prior agreements and representations, regarding the transactions described above. No modification or waiver of this agreement is enforceable against either party unless agreed to in writing by that party. You will receive a copy of this order.

As a deterrent to purchaser failing to take delivery on the vehicle as herein provided, you agree that if you do not accept delivery, you shall, at dealer's option, forfeit to dealer, as a penalty, _____ % (not to exceed 5%) of the cash price of the vehicle as authorized by Section 218.0141 Wisconsin Statutes. Dealer retains the right to bring action for actual damages caused by breach of this contract, in lieu of the above penalty.

YOUR SIGNATURE(S) _____
DATE SIGNED _____  TIME SIGNED _____  A.M. P.M.

ACCEPTED BY DEALER OR AUTHORIZED AGENT
AUTHORIZED SIGNATURE
DATE SIGNED _____  TIME SIGNED _____  A.M. P.M.

---

Right column:

| f. Service Contract | | |
| 3. Total of Taxable Items (e + f) | 3. | 0 |

SALES TAX CALCULATION
g. Amount Subject to Sales Tax (1 - 2 + 3) . . . . . _____
h. State Tax (g x .05) . . . . . . . . . . . . . . . . _____
i. County Tax (g x .005) . . . . . . . . . . . . . . _____
j. Local/Stadium Tax (g x .001) . . . . . . . . . . _____

| 4. Total of Taxes (h + i + j) | 4. | 0 |

TAX AND NON-TAXABLE ITEMS PURCHASED WITH VEHICLE
k. Federal Excise Tax _____
l. Federal Highway Use Tax Owing _____
m. Fees to appear on MV11 _____ 179.50
n. Other _____

| 5. Total of Non-Taxable Items (k + l + m + n) | 5. | 179.50 |

OWNED VEHICLE PAYOFF
Due to _____
| 6. Estimated Payoff Amount on Owned Trade-in | 6. | |

CASH & CASH EQUIVALENTS
o. Cash Down Payment on Order _____ 28,000
p. REBATES _____ CASH BACK ASSIGNED _____
q. Additional Cash Due (Date/Amount) _____

| 7. Total Cash and Rebates (o + p [if assigned] + q) | 7. | 28,000.00 |
| 8. Due on Delivery or Balance to Finance (1 - 2 + 3 + 4 + 5 + 6 - 7) | 8. | 150,000.00 |

A service fee is not required by law, but may be charged to motor vehicle purchasers or lessees for services related to compliance with state and federal laws, verifications and public safety, and must be reasonable.

☒ This is a Finance Transaction. (Check A. or B.):
Closing scheduled at dealer's office on specified delivery date or as mutually agreed. You are obligated to purchase, subject to availability of financing through dealer, on terms:
A. ☐ In attached disclosure. These terms do not extend beyond the closing date if dealer is willing and able to deliver vehicle on these terms.
B. ☒ Acceptable to You.
☐ This transaction is subject to financing being arranged through creditor of Your choice. You must obtain acceptable financing and dealer must receive written notice by (date) _____ or this contract is void.
☐ This is a cash transaction. You are obligated to pay the balance due on delivery.

THE APPRAISAL OF THE TRADE IS BASED ON AN ODOMETER READING OF UP TO _____ MILES/KILOMETERS, AND THE TRADE-IN MAY BE REAPPRAISED IF IT EXCEEDS THIS LIMIT.

|   | YES | NO |
|---|---|---|
| 9. That while I have owned or leased the trade-in its odometer has not been replaced, tampered with or otherwise altered in any way and I believe that the trade-in vehicle's current odometer reading of _____ miles/kilometers does reflect its actual mileage. | ☐ | ☐ |
| 10. That while I have owned or leased the trade-in its restraining devices (including airbags and belts) have not been replaced, tampered with, or otherwise altered in any way. | ☐ | ☐ |
| 11. That the trade-in has not previously been a salvage vehicle, manufacturer buyback or subject to any other title brands. | ☐ | ☐ |
| 12. That the trade-in has not previously been flood or water damaged. | ☐ | ☐ |
| 13. That the trade-in does not have any corrective welds or other evidence of repair to the strut tower, floor pan, frame or other structural portion of the unibody. | ☐ | ☐ |
| 14. That a GLIDER KIT has been installed in the trade-in. The year of manufacture of this other components of the trade-in is _____ and the date of the glider kit installation is _____ | ☐ | ☐ |

Explain All "NO" Answers: _____

# WISCONSIN KENWORTH

4539 Kenworth Dr.
Windsor, WI 53598

Phone: 608-846-5451
Fax: 608-561-7001

## Vehicle Invoice

DATE:     11/7/2019

**Sold to:**
Customer
Address
City, State Zip

Kalin Express
397 E. Lily Drive
Oak Creek, WI 53154

**VEHICLE INFORMATION**

**Number of Units Purchased**          1

| Year | VIN # | Make | Model | Price: |
|------|-------|------|-------|--------|
| 2020 | 1XKYD49X2LJ422269 | Kenworth | T680 | $ 177,820.50 |

**Selling Price: $177,820.50**          $177,820.50

| | |
|---|---|
| Less Down Payment 7-15-2019 | -$5,000.00 |
| Less additional down 10-30-2019 | -$8,000.00 |
| Less additional down 11-6-2019 | -$15,000.00 |
| MV11 Fee | $179.50 |

**Total amount financed:**          $150,000.00

Customer Signature

Dealer Signature



CSM - Wisconsin Kenworth - Windsor (M450)
4539 Kenworth Drive
Windsor, Wisconsin 53598

Kalin Express Inc
397 E. City Drive
Oak Creek, Wisconsin 53132
United States of America

Phil McCarragher
Phone:
Email: phil.mccarragher@csmtruck.com

Phone:
Email:

# Vehicle Summary

| | Unit | | Chassis | |
|---|---|---|---|---|
| Model: | T680 Series Conventional | Fr Axle Load (lbs): | | 13200 |
| Type: | TRACTOR | Rr Axle Load (lbs): | | 40000 |
| Description 1: | KALIN EXPRESS | G.C.W. (lbs): | | 80000 |
| Description 2: | ECO of Chassis 422269 T680 Series Conventional | | | |

| | Application | | Road Conditions: | |
|---|---|---|---|---|
| Intended Serv.: | Linehaul. Vehicles (trucks or tractors | Class A (Highway) | | 90 |
| Commodity: | General freight. | Class B (Hwy/Mtn) | | 10 |
| | | Class C (Off-Hwy) | | 0 |
| | Body | Class D (Off-Road) | | 0 |
| Type: | | Maximum Grade: | | 6 |
| Length (ft): | 0 | Wheelbase (in): | | 243 |
| Height (ft): | 0 | Overhang (in): | | 60 |
| Max Laden Weight (lbs): | 0 | Fr Axle to BOC (in): | | 74 |
| | | Cab to Axle (in): | | 169 |
| | Trailer | Cab to EOF (in): | | 229 |
| No. of Trailer Axles: | 2 | Overall Comb. Length (in): | | 908.4 |
| Type: | Dry van | | | |
| Length (ft): | 53 | | Special Req. | |
| Height (ft): | 13 | U.S. Domestic registry, 50-state. | | |
| Kingpin Inset (in): | 36 | | | |
| Corner Radius (in): | 5 | | | |

| | Restrictions | |
|---|---|---|
| Length (ft): | 75 |
| Width (in): | 102 |
| Height (ft): | 13.5 |

Approved by: _____        Date: _____

Note: All sales are F.O.B. designated plant of manufacture.



| Sales Code | Std/ Opt | Description | $ List | Weight |
|---|---|---|---|---|
| **Model** | | | | |
| 0000610 | S | T680 Series Conventional | 202,173 | 14,892 |
| 0070043 | S | T680 | 0 | 0 |
| 0080055 | O | CARB Idle Emissions Reduction - Cummins | 100 | 0 |
| 0090076 | O | 76 in. High-Roof or Mid-Roof Sleeper | 0 | 0 |
| **Engine & Equipment** | | | | |
| 0123710 | O | X15 500 2017 500@1800 1850@1000 | 7,557 | 300 |
| | | N09260 P14 64....Maximum Accelerator Pedal Ve | | |
| | | N09440 P11 NO....Engine Protection Shutdown ( | | |
| | | N09460 P06 NO....Gear Down Protection (P06) | | |
| | | N09300 P19 64....Maximum Cruise Speed (P19) | | |
| | | N09720 P230 YES...Enable Hot Ambient Automatic | | |
| | | N09500 P02 NO....Cruise Control Auto Resume ( | | |
| | | N09520 P04 NO....Auto Engine Brake in Cruise | | |
| | | N09480 P26 1400..Max PTO Speed (P26) | | |
| | | N09580 P32 1.....Timer Setting (P32) | | |
| | | N09680 P33 NO....Idle Shutdown Manual Overrul | | |
| | | N09560 P520 NO....Enable Idle Shutdown Park Br | | |
| | | N09600 P233 YES...Enable Impending Shutdown Wa | | |
| | | N09780 P47 80....High Ambient Temperature Thr | | |
| | | N09740 P46 0.....Low Ambient Temperature Thre | | |
| | | N09200 N205 120...Standard Maximum Speed Limit | | |
| | | N09620 P234 0.....Timer For Impending Shutdown | | |
| | | N09360 N203 474...Reserve Speed Function Reset | | |
| | | N09640 P516 0.....Engine Load Threshold (P516) | | |
| | | N09400 N206 10....Maximum Active Distance (N20 | | |
| | | N09420 N201 0.....Reserve Speed Limit Offset ( | | |
| | | N09760 P56 60....Intermediate Ambient Tempera | | |
| | | N09240 P13 120...Hard Maximum Speed Limit (P1 | | |
| | | N09380 N202 0.....Maximum Cycle Distance (N202 | | |
| | | N09220 N207 0.....Expiration Distance (N207) | | |
| | | N09540 N209 0.....Expiration Distance (N209) | | |
| 1000005 | O | U.S. EPA Certified SmartWay Tractor. | 0 | 0 |
| 1000151 | S | PremierSpec | 0 | 0 |
| 1000683 | O | Effective VSL Setting 65.0 MPH or Greater (USA) | 0 | 0 |
| 1000858 | O | Engine Idle Shutdown Timer Disabled | 0 | 0 |
| 1000870 | O | Eff EIST 0 Expiration Miles (USA) | 0 | 0 |
| 1002080 | O | Air compressor: Cummins 18.7 CFM, Naturally | 0 | 0 |
| 1051200 | S | Air Cleaner: composite firewall mounted PACCAR or | 0 | 0 |

Price Level: January 1, 2019
Deal: KALIN EXPRESS
Printed On: 7/31/2019 1:37:01 PM

Page 2 of 11

Date: 7/31/2019
DTPO Number: C0008509



| Sales Code | Std/ Opt | Description | $ List | Weight |
|---|---|---|---|---|
| 1105221 | O | Fan Hub: Horton On/Off for X15 | 0 | 0 |
| 1123555 | S | Cooling module: 1330 square inches. | 0 | 0 |
| 1160105 | O | Radiator winterfront. | 324 | 2 |
| 1247188 | O | Exhaust:2017 EPA RH Under Fairing DPF/SCR w/ Dual | 1,689 | 215 |
| 1290254 | O | Tailpipe: 5 in. dual 54 in. 45 degree curved. | 161 | 10 |
| 1321125 | O | Fuel Filter:Davco 382 | 388 | 8 |
| 1321204 | O | Run Aid: Cummins TRV + Coolant Heat for Davco | 461 | 0 |
| 1321325 | O | Start Aid:12V AND 120V Heat | 224 | 2 |
| 1504005 | O | Immersion block heater 120V 1500W w/plug under | 117 | 2 |
| 1506055 | O | Engine oil pan heater 120V 300W w/plug under | 157 | 2 |
| 1507008 | O | Block heater & oil pan heater wired to separate | 0 | 0 |
| 1509035 | O | Coolant hoses & 2 shut-off valves for C/I APU | 171 | 0 |
| 1509065 | O | Fuel tank heater: dual Arctic Fox w/thermostat. | 835 | 15 |
| 1816260 | S | Alternator: PACCAR 160 amp, brush type | 0 | 0 |
| 1821215 | O | Batteries: 4 PACCAR GP31 threaded post (700-730) | 253 | 57 |
| 1836100 | S | Starter: PACCAR 12 volt electrical system. W/ | 0 | 0 |
| 1840065 | S | 12V low voltage disconnect for starter battery | 0 | 0 |
| 1900996 | O | Jump start terminals under hood. | 248 | 12 |

## Transmission & Clutch

| Sales Code | Std/ Opt | Description | $ List | Weight |
|---|---|---|---|---|
| 2058744 | O | Transmission: Fuller RTLO18918B 18-speed | -3,159 | 214 |
| 2250493 | O | Clutch: Eaton 15-1/2 in. Advantage Self-Adjust | 669 | 6 |
| 2294080 | O | Air-assisted Hydraulic Clutch | 0 | 0 |
| 2406303 | O | Driveline: 2 Dana SPL250 LITE; W/ 1 C/B | 964 | 95 |
| 2460042 | O | 14 in. Eaton Fuller high capacity oil to water | 0 | 0 |
| 2493009 | S | Aluminum clutch housing | 0 | 0 |

Price Level: January 1, 2019
Deal: KALIN EXPRESS
Printed On: 7/31/2019 1:37:01 PM

Page 3 of 11

Date: 7/31/2019
DTPO Number: C0008569



| Sales Code | Std/ Opt | Description | $ List | Weight |
|---|---|---|---|---|
| 2494050 | O | Grease bank for clutch throwout bearing | 98 | 4 |
| **Front Axle & Equipment** | | | | |
| 2502017 | O | Dana Spicer D-1321IL  Front Axle rated 13.2K | 108 | 2 |
| 2607011 | S | Front Brakes: 14.6K Bendix RSD ADB22X Disc brake. | 0 | 0 |
| 2690024 | S | Splined rotor for front air disc brakes for use | 0 | 0 |
| 2701300 | S | Front Hub: aluminum hub pilot 13,200 lbs. | 0 | 0 |
| 2741970 | S | ConMet PreSet Plus Hub package; front axle. | 0 | 0 |
| 2750001 | S | Hubcap: front vented. | 0 | 0 |
| 2769000 | S | Slack Adjusters included w/ front axle or brake. | 0 | 0 |
| 2884000 | O | Kenworth AG 130 front air suspension  13.2K | 1,513 | -13 |
| 2895221 | S | Single power steering gear: 13.2K Sheppard HD94. | 0 | 0 |
| 2900615 | O | Threaded bushings for taperleaf springs | 49 | 0 |
| **Rear Axle & Equipment** | | | | |
| 3121180 | O | Dual Dana Spicer D40-172 rear axle rated at 40K. | 3,478 | 254 |
| 3200321 | O | Rear Axle Ratio - 3.21. | 0 | 0 |
| 3306014 | S | Rear brakes, Bendix RSD-Compliant ADB22X Disc | 0 | 0 |
| 3392604 | S | Splined rotor for dual rear air disc brake for | 0 | 0 |
| 3407050 | S | Dual Rear Hubs: Aluminum hub pilot 46K | 0 | 0 |
| 3441972 | S | ConMet PreSet Plus Hub package; dual rear axle. | 0 | 0 |
| 3465900 | S | Rear slack adjusters included w/ axle or air | 0 | 0 |
| 3485002 | S | Spring brakes included w/ dual rear air disc | 0 | 0 |
| 3495225 | O | FMVSS-136 Stability Control Schedule Review | 0 | 0 |
| 3495229 | S | Bendix 4S/4M anti-lock brake system  w/ air | 0 | 0 |
| 3495238 | O | Bendix Side Object Detection System | 1,432 | 0 |
| 3495352 | O | Bendix Collision Mitigation System Following | 0 | 0 |

Price Level: January 1, 2019
Dealer KALIN EXPRESS
Printed On: 7/31/2019 1:37:01 PM

Date: 7/31/2019
DTPO Number: C0008509

Page 4 of 11



| Sales Code | Std/ Opt | Description | $ List | Weight |
|---|---|---|---|---|
| 3495353 | S | BENDIX WINGMAN FUSION ADAPTIVE CC W/ACB | 0 | 0 |
| 3495362 | O | Enhanced Automated Emergency Braking Deceleration | 0 | 0 |
| 3500057 | O | Interaxle driveline 1 Dana SPL170XL | 0 | 0 |
| 3532194 | O | Wheel Differential Lock for Dana Spicer axles | 2,752 | 112 |
| 3573111 | O | Separate switch for dual axles: | 129 | 0 |
| 3730030 | O | Rear suspension: Tandem Kenworth Airglide 400 40K | 2,777 | -28 |

## Tires & Wheels

| Sales Code | Std/ Opt | Description | $ List | Weight |
|---|---|---|---|---|
| 4010137 | O | Front Tires: Michelin X Line Energy Z 11R22.5 16P | 228 | 7 |
| 4217228 | O | Rear tires: Michelin XLineEnergyD 11R22.5 14PR | 788 | 128 |
| 4899010 | O | Tire/wheel count for TPMS: 10. | 1,198 | 0 |
| 4900008 | O | Rear Tire Quantity: 8 | 0 | 0 |
| 5045283 | O | Front Wheel: Kenworth 7-spoke 88U68 | 497 | -40 |
| 5245283 | O | Rear Wheel: Kenworth 7-spoke 88u68 | 1,988 | -160 |
| 5859010 | O | Single Front Axle: 2 wheels Dura-Bright Buffed. | 302 | 0 |
| 5859012 | O | Dual Rear Axle Wheels: 4 wheels Dura-Bright | 805 | 0 |
| 5900008 | O | Rear Wheel/Rim Quantity: 8 | 0 | 0 |

## Frame & Equipment

| Sales Code | Std/ Opt | Description | $ List | Weight |
|---|---|---|---|---|
| 6054600 | O | Frame Rails: 10-5/8 x 3-1/2 x 5/16 in. Steel to | 575 | 238 |
| 6308731 | O | Bumper: Steel Aerodynamic, Chrome. | 967 | 76 |
| 6319504 | O | 50.4 in. Bumper setting. Requires a bumper code. | 0 | 0 |
| 6321005 | O | Removable Front Tow Hooks: 2. | 272 | 15 |
| 6390103 | S | Front mudflaps. | 0 | 0 |
| 6397001 | O | Huck bolts throughout frame, where possible. | 302 | 0 |
| 6405045 | S | T6 Battery box module: Short length, aluminum | 0 | 0 |
| 6409901 | S | Battery box location: LH Side. | 0 | 0 |
| 6410010 | O | Frame access grabhandle(s) LH mounted. Placement | 60 | 0 |

Price Level: January 1, 2019
Deal: KALIN EXPRESS
Printed On: 7/31/2019 1:37:01 PM

Page 5 of 11

Date: 7/31/2019
DTPC Number: C0008509



| Sales Code | Std/ Opt | Description | $ List | Weight |
|---|---|---|---|---|
| 6414003 | O | Medium aluminum frame access deck plate, 36 in. | 228 | 15 |
| 6419563 | O | Full length wheel-to-wheel chassis fairings. | 3,569 | 319 |
| 6451037 | O | Cab side skirt: Supports on RH side. | 0 | 0 |
| 6560004 | O | Fifth Wheel: Air, ILS Holland, FWALJ736XL00 | 2,803 | -28 |
| 6600033 | O | Aluminum Fifth Wheel Angles Replacing Steel on | 214 | -30 |
| 6690150 | | FifthWheelRearFixedSetting | 0 | 0 |
| 6722000 | S | Rear mudflap shields: White plastic antisail w/ | 0 | 0 |
| 6737100 | O | Integral Quarter Fender Included w/ Removable | 0 | 0 |
| 6744123 | S | Short Tractor Taper bent & welded w/o cross | 0 | 0 |

## Fuel Tanks & Equip

| | | | | |
|---|---|---|---|---|
| 7214135 | O | Fuel Tank: 135 US gallon 24.5in. aluminum BOC | 243 | 50 |
| 7216135 | O | Fuel Tank: 135 US gallon 24.5in. aluminum BOC | 2,682 | 169 |
| 7722024 | O | Aerodynamic round DEF tank. 26.7 gallons | 280 | 39 |
| 7889004 | O | Position fuel fill beyond rear of sleeper. May | 0 | 0 |
| 7889203 | S | Standard DEF to fuel fill ratio: 2:1 or greater. | 0 | 0 |
| 7889245 | S | Anti-siphon device swaged in place. | 0 | 0 |
| 7889604 | S | DEF tank location is on the LH. | 0 | 0 |
| 7930135 | O | Location: 135 gal fuel tank RH behind cab | 0 | 0 |
| 7940135 | O | Location: 135 gal fuel tank LH behind cab | 0 | 0 |

## Cab & Equipment

| | | | | |
|---|---|---|---|---|
| 8025301 | S | Cab: Stamped aluminum cab with panoramic curved | 0 | 0 |
| 8071676 | O | Sleeper: 76in Integral High-Roof Aerodyne | 15,264 | 1,198 |
| 8080942 | O | Sleeper door, LH/RH w/ sliding window. | 652 | 19 |
| 8090603 | O | Hood: T680 125 inch BBC With Side of Hood Air | 258 | 10 |
| 8158011 | O | Espar Airtronic D2 Sleeper or Bunk Heater | 1,586 | 14 |

Price Level: January 1, 2019
Deal: KALIN EXPRESS
Printed On: 7/31/2019 1:37:01 PM

Date: 7/31/2019
DTPC Number: C0008509

Page 6 of 11



| Sales Code | Std/Opt | Description | $ List | Weight |
|---|---|---|---|---|
| 8178213 | O | Cab/Sleeper HVAC system. | 0 | 0 |
| 8201043 | O | Kenworth Smartwheel: 18 in. Leather Wrapped With | 306 | 2 |
| 8201044 | S | Predictive Cruise Control | 0 | 0 |
| 8201051 | O | Column Mtd Retarder Control, RH Side | 0 | 0 |
| 8201078 | O | Enable Predictive Cruise Control | 0 | 0 |
| 8201200 | S | Adjustable telescoping tilt steering column. | 0 | 0 |
| 8203060 | O | 5 sets of keys. Replaces standard 2 sets of keys. | 32 | 0 |
| 8203184 | O | Switch & Wiring: For Customer-Installed Cab Panel | 83 | 1 |
| 8203196 | S | Dash Mounted Compact Trailer Brake Valve. | 0 | 0 |
| 8208496 | O | Three spare switches: Wired to power. | 131 | 0 |
| 8220106 | O | Gauge: Dash mounted air filter restriction gauge. | 152 | 0 |
| 8221144 | O | Gauge: Air suspension pressure gauge. | 110 | 0 |
| 8222712 | O | Gauge: Fuel filter restriction gauge. | 133 | 0 |
| 8222722 | O | Gauge: Manifold Pressure Gauge. | 31 | 0 |
| 8224401 | O | Gauge: Ammeter gauge in addition to voltmeter. | 86 | 0 |
| 8226667 | O | Gauge: Oil Temperature Gauge Transmission. | 55 | 0 |
| 8282007 | O | Kenworth Driver Performance Center:5in Full Color | 0 | 0 |
| 8282013 | S | Kenworth instrumentation and control package with | 0 | 0 |
| 8300010 | O | Interior Color: Tan | 0 | 0 |
| 8330178 | O | Interior Package: Diamond VIT Cab 76in Sleeper | 7,495 | 0 |
| 8390643 | O | Carpet: Replaces rubber floormat. | 262 | 0 |
| 8410354 | O | Driver Seat: GT703 HB with Two-tone Leather | 1,111 | 10 |
| 8460354 | O | Rider Seat: GT703 HB with Two-tone Leather | 1,321 | 44 |
| 8490184 | O | Seat Color: Tan with Tan Stitching | 0 | 0 |
| 8497005 | O | Air line fitting: At driver seat. | 61 | 4 |

Price Level: January 1, 2019
Deal: KALIN EXPRESS
Printed On: 7/31/2019 1:37:01 PM

Date: 7/31/2019
DTPO Number: C0008509

Page 7 of 11



| Sales Code | Std/Opt | Description | $ List | Weight |
|---|---|---|---|---|
| 8497465 | O | Seat Swivel for Kenworth GT Series RD Seat | 638 | 50 |
| 8498453 | O | Dual KW driver seat armrests: Stowable inboard & | 137 | 2 |
| 8505070 | O | Drawer-style refrigerator with integral freezer | 1,246 | 40 |
| 8505101 | O | TV Installation Package for 76in. SLPR: Wall | 410 | 4 |
| 8520018 | O | Liftable Lower Bunk For 76 in. SLPR: | 0 | 0 |
| 8520984 | O | Stowable Upper Bunk For High Roof 76in. Sleeper: | 1,512 | 66 |
| 8570026 | O | Driver Side Upper Storage Unit: Wardrobe Closet | 898 | 56 |
| 8570031 | O | Driver Side Lower Storage Compartment | 685 | 40 |
| 8570035 | O | Rider Side Upper Storage Unit | 887 | 31 |
| 8570038 | O | Rider Side Lower Storage Unit: Rotating table, | 1,107 | 0 |
| 8698996 | O | Premium Level Audio System-Sleeper:Amplified High | 1,076 | 29 |
| 8699926 | O | CB installation kit: Center mounted of header. | 280 | 2 |
| 8700168 | S | Non-self cancelling turn signal: W/column-mounted | 0 | 0 |
| 8700188 | O | Remote Keyless Entry | 415 | 0 |
| 8700283 | S | LH and RH Trip Ledge Rain Deflectors | 0 | 0 |
| 8700406 | O | Stainless steel permit panel on cab, driver side | 107 | 0 |
| 8700663 | S | Kenworth TruckTech+ | 0 | 0 |
| 8700907 | O | 76in. Sleeper Power Option Package 2: 1800W | 2,734 | 22 |
| 8702222 | O | Tire pressure monitoring system w/o | 990 | 3 |
| 8800402 | S | Dual Cab Interior Grabhandles: A Pillar Mounted | 0 | 0 |
| 8829600 | S | Fairing under cab w/ integral steps. | 0 | 0 |
| 8829617 | O | Side extenders: 76 inch high-roof sleeper. | 1,264 | 28 |
| 8832113 | S | Kenworth Daylite Door with standard LH/RH | 0 | 0 |
| 8841411 | S | Single air horn under cab. | 0 | 0 |
| 8850139 | S | Look-Down, Pass. Door, Black 11x6 | 0 | 0 |

Price Level: January 1, 2019
Deal: KALIN EXPRESS
Printed On: 7/31/2019 1:37:01 PM
Page 8 of 11
Date: 7/31/2019
DTPO Number: C0008509



| Sales Code | Std/Opt | Description | $ List | Weight |
|---|---|---|---|---|
| 8850825 | O | Mirror: RH Hood Mounted, Rectangle 8x6, Chrome | 249 | 4 |
| 8850826 | O | Mirror: LH Hood Mounted, Rectangle 8x6, Chrome | 249 | 4 |
| 8865003 | O | Aero Mirror: Dual Kenworth Chrome Aero. Motorized | 350 | 0 |
| 8873751 | O | Rear sleeper stationary window with dark tint and | 470 | 22 |
| 8879439 | O | Windshield Curtain with Integrated Curtain | 405 | 2 |
| 8890101 | S | One-piece bonded-in windshield with curved glass. | 0 | 0 |
| 8890876 | O | Kenworth Cab/Sleeper Air Suspension. | 0 | 0 |

## Lights & Instruments

| Sales Code | Std/Opt | Description | $ List | Weight |
|---|---|---|---|---|
| 9010401 | O | Headlamps: High Intensity Discharge (Xenon) | 489 | 0 |
| 9027110 | O | Marker Lights: Five LED rectangular, flush mount. | 0 | 0 |
| 9030016 | S | Turn Signal Lights: Flush mounted LED mounted at | 0 | 0 |
| 9030052 | S | LED Stop,Turn,Tail: With Two LED | 0 | 0 |
| 9049825 | O | Customer-installed road/fog lights switch & | 54 | 0 |
| 9052008 | O | Floodlights: Dual LED Flush 1st Set | 193 | 0 |
| 9056141 | O | Dual Pedestal Floodlights: Second Set | 191 | 2 |
| 9059919 | O | Floodlight Location:High Inboard of Side Extender | 0 | 0 |
| 9059921 | O | Floodlight Location: Located Low - First Set | 0 | 0 |
| 9090039 | S | Marker Lights: Interrupter Switch. | 0 | 0 |
| 9090849 | O | Polyswitches replacing fuses. Switch will | 48 | 0 |

## Air Equipment

| Sales Code | Std/Opt | Description | $ List | Weight |
|---|---|---|---|---|
| 9101215 | S | Air Dryer Bendix AD-IS heated Puraguard | 0 | 0 |
| 9108001 | S | Moisture ejection valve w/ pull cable drain. | 0 | 0 |
| 9110068 | S | Air & Electrical Supply Kits: Tractor LH frame - | 0 | 0 |
| 9120012 | S | Air and light line length 12 feet | 0 | 0 |
| 9140020 | S | Nylon air tubing in frame & cab, excluding hoses | 0 | 0 |
| 9140328 | S | Trailer ABS electric supply through SAE J560 | 0 | 0 |



| Sales Code | Std/ Opt | Description | $ List | Weight |
|---|---|---|---|---|
| 9140702 | O | Optional Hosetenna Bracket Location 2ft | 15 | 0 |

## Extended Warranty

| | | | | |
|---|---|---|---|---|
| 9200021 | S | Base Warranty - Standard Service Heavy Duty | 0 | 0 |

## Miscellaneous

| | | | | |
|---|---|---|---|---|
| 9400072 | O | Ship to Dealer. M450 4539 Kenworth Drive Windsor, WI, 53598 United States of America | 0 | 0 |
| 9409852 | S | GHG Secondary Manufacturer: Does Not Apply | 0 | 0 |
| 9490645 | O | Zinc Phosphate frame rail paint processing. | 387 | 0 |
| 9491665 | S | CECU/VECU Electronics Architecture | 0 | 0 |

## Promotions

## Paint

| | | | | |
|---|---|---|---|---|
| 9700000 | O | Paint color number(s). | 0 | 0 |
| 9940018 | O | CHASSIS FAIRINGS PAINTED OTHER THAN A COLOR | 852 | 0 |
| 9940056 | O | Frame Paint Other Than Standard Black, Metallic | 1,077 | 0 |
| 9943004 | O | Bumper Unpainted | 0 | 0 |
| 9943054 | O | Sleeper Premium Paint | 400 | 0 |
| 9944840 | O | Spectrum Design - Fenders Only. | 1,835 | 0 |
| 9960003 | O | Non-standard paint color. *Narr USE S/C 19093* | 295 | 0 |
| 9965510 | O | Base coat/clear coat. | 0 | 0 |
| 9999944 | O | Chassis has frame paint color other than black. | 0 | 0 |
| 9999995 | O | Cancel/reorder chassis. *Narr 381974* | 0 | 0 |

## Order Comments

Price Level: January 1, 2018
Dealer: KALIN EXPRESS
Printed On: 7/31/2019 1:37:01 PM

Date: 7/31/2019
DTPO Number: C0008509

Page 10 of 11



**Total List Price (W/O Freight & Warranty & Surcharges )**     $294,743

　Marketing and Service Support Fee     $640
　Prepaid Freight     $2,475
**Total Surcharge/Options Not Subject To Discount**     $0

Total Weight     18,666

## Prices and Specifications Subject to Change Without Notice.

Unpublished options may require review/approval.
Dimensional and performance data for unpublished options may vary from that displayed in CRM.

*PRICING DISCLAIMER*
*While we make every effort to maintain the web site to preserve pricing accuracy, prices are subject to change without notice. Although the information in this price list is presented in good faith and believed to be correct at the time of printing, we make no representations or warranties as to the completeness or accuracy of this information. We reserve the right to change, delete or otherwise modify the pricing information which is represented herein without any prior notice. We carefully check pricing specifications, but occasionally errors can occur, therefor we reserve the right to change such prices without notice. We disclaim all liability for any errors or omissions in the materials. In no event will we be responsible for any damages of any nature whatsoever from the reliance upon information from these materials. Please check your order prebills to confirm your pricing information*

**FILED**
**11-02-2020**
**CIRCUIT COURT**
**DANE COUNTY, WI**
**2020CV002276**
**Honorable Jacob Frost**
**Branch 9**

**Sales and Service**

Payment terms are 30 days from invoice date unless
agreed upon in writing. Remit to:
Cummins Sales and Service
NW 7686 PO Box 1450
Minneapolis, MN 55485-7686

MILWAUKEE WI BRANCH
800 WEST RYAN ROAD
OAK CREEK, WI 53154-
(414)768-7400

| INVOICE NO |
|---|
| F6-57741 |
| REMIT TO: NW 7686 P.O. Box 1450 Minneapolis, MN 55485-7686 |

**BILL TO**
ITS
397 EAST LILLY DR
OAK CREEK. WI 53154-

**OWNER**
ITS
397 EAST LILLY DR
OAK CREEK, WI 53154-
PETAR PILIPOVIC - 414 394-3863

PAGE   1 OF 2

*** CCARD ***

| DATE | CUSTOMER ORDER NO. | | DATE IN SERVICE | ENGINE MODEL | PUMP NO | EQUIPMENT MAKE |
|---|---|---|---|---|---|---|
| 13-MAR-2020 | | | 22-NOV-2019 | X15 CM2350 X114B | | KENWORTH |
| **CUSTOMER NO.** | **SHIP VIA** | | **FAIL DATE** | **ENGINE SERIAL NO.** | **CPL NO.** | **EQUIPMENT MODEL** |
| 2108710 | | | 12-MAR-2020 | 80218962 | | T680 |
| **REF. NO.** | **SALESPERSON** | | **PARTS DISP.** | **MILEAGE/HOURS** | **PUMP CODE** | **UNIT NO.** |
| 180763 | FQ255 | | | 33259 / 0 | | 80218962 |

| QUANTITY ORDERED | BACK ORDERED | QUANTITY SHIPPED | PART NUMBER | DESCRIPTION | PRODUCT CODE | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| OSN/MSN/VIN | | | | 1XKYD49X2LJ422269 | | | |
| COMPLAINT | | | | UNIT IS A BLUE KW UNIT IS HAVING THE LOW COOLANT LEVLE LIGHT COMING ON CUSTOMER IS ADDING COOLANT TO THE UNIT CUSTOMER CANNOT SEE ANYTHING LEAKING ON THE GROUND | | | |
| CAUSE | | | | COMPLETE ENGINE. SPECIAL. SEE MODE DESCRIPTION. SPECIAL INTERMITTENT PROB-NPF. LOCATION N/A. | | | |
| CORRECTION | | | | ADMINISTRATIVE TIME - OPEN AND CLOSE REPAIR ORDER (SHOP REPAIRS) TROUBLESHOOT COOLANT LOSS INTERNAL. INSITE - USE DURING TROUBLESHOOTING SIGNATURE ENGINES ENGINE DIAGNOSTIC OR VERIFICATION OPERATION. EACH SIX MINUTES FOR ACCESS: FAIRING, SIDE FRONT - REMOVE AND INSTALL INNER FENDER (AUTOMOTIVE) - REMOVE AND INSTALL (CMI) COOLING SYSTEM - DRAIN AND FILL - X15 CM2350 X114B REAR EGR CONNECTION TUBE - REMOVE AND INSTALL - X15 CM2350 X114B EGR COOLER - COOLANT STRIP TEST (WITH EXHAUST BELLOWS) (EPA 2017) EGR MASS MEASUREMENT FLOW ASSEMBLY - REMOVE AND INSTALL - X15 CM2350 X114B EGR COOLER - PRESSURE TEST (EPA 2017) (HELD PRESSURE) TURBOCHARGER - LEAK TEST (CMI) (PASSED) AIR COMPRESSOR INLET TUBE - REMOVE AND INSTALL - X15 CM2350 X114B AIR COMPRESSOR CYLINDER HEAD, SINGLE CYLINDER - REMOVE AND INSTALL - X15 CM2350 X114B AIR GOVERNOR - REMOVE AND INSTALL (CMI) NO PROBLEM FOUND, NEXT STEP WOULD BE TO REMOVE THE HEAD. CUSTOMER WILL PUT BACK IN SERVICE AND MONITOR COOLANT LEVEL. STEAM CLEAN - SINGLE COMPONENT REPAIR SERVICE EVENT COMPLETE | | | |
| COVERAGE | | | | WARRANTY | | | |
| 2 | | 2 | CC2602-B | 100 SINGLE | FLG | .00 | 0.00 * |
| 2 | | 2 | 3963991 | WASHER,SEALING | CECO | .00 | 0.00 * |

Billing Inquiries? Call (877)480-6970 or email CBSNPower.Receivables@cummins.com

THERE ARE ADDITIONAL CONTRACT TERMS ON THE REVERSE SIDE OF THIS
DOCUMENT, INCLUDING LIMITATION ON WARRANTIES AND REMEDIES, WHICH ARE
EXPRESSLY INCORPORATED HEREIN AND WHICH PURCHASER ACKNOWLEDGES HAVE
BEEN READ AND FULLY UNDERSTOOD.

AUTHORIZED BY (print name)_____ SIGNATURE_____ DATE_____



**Sales and Service**

Payment terms are 30 days from invoice date unless otherwise agreed upon in writing. Remit to:
Cummins Sales and Service
NW 7686 PO Box 1450
Minneapolis, MN 55485-7686

MILWAUKEE WI BRANCH
800 WEST RYAN ROAD
OAK CREEK, WI 53154-
(414)768-7400

**INVOICE NO**

F6-57741

REMIT TO: NW 7686 P.O. Box 1450
Minneapolis, MN 55485-7686

**BILL TO**
ITS
397 EAST LILLY DR
OAK CREEK, WI 53154-

**OWNER**
ITS
397 EAST LILLY DR
OAK CREEK, WI 53154-
PETAR PILIPOVIC - 414 394-3863

PAGE    2 OF 2

\*\*\* CCARD \*\*\*

| DATE | CUSTOMER ORDER NO. | | DATE IN SERVICE | ENGINE MODEL | PUMP NO. | EQUIPMENT MAKE |
|---|---|---|---|---|---|---|
| 13-MAR-2020 | | | 22-NOV-2019 | X15 CM2350 X114B | | KENWORTH |
| CUSTOMER NO. | SHIP VIA | | FAIL DATE | ENGINE SERIAL NO. | CPL NO. | EQUIPMENT MODEL |
| 2108710 | | | 12-MAR-2020 | 80218962 | | T680 |
| REF. NO. | SALESPERSON | | PARTS DISP. | MILEAGE/HOURS | PUMP CODE | UNIT NO. |
| 180763 | FQ255 | | | 33259 / 0 | | 80218962 |

| QUANTITY ORDERED | BACK ORDERED | QUANTITY SHIPPED | PART NUMBER | DESCRIPTION | PRODUCT CODE | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| **OSN/MSN/VIN** | | | 1XKYD49X2LJ422269 | | | | |
| 1 | | 1 | 3104230 | GASKET,EXH GAS RCN VALVE | CECO | .00 | 0.00 * |
| 1 | | 1 | 3684359 | GASKET,EXH OUT CONNECTION | CECO | .00 | 0.00 * |
| 1 | | 1 | 2866636 | GASKET, AFM DEVICE | CECO | .00 | 0.00 * |

Motor vehicle repair practices are regulated by

Chapter ATCP 132 Wis. Admin. Code, administered

by the Bureau of Consumer Protection, Wisconsin

Dept of Agriculture, Trade, and Consumer

Protection, PO Box 8911, Madison, WI 53708-8911

WARRANTIES APPLIED:    **FACTORY IN SHOP**

| | |
|---|---|
| PARTS: | 0.00 |
| PARTS COVERAGE CREDIT: | 0.00CR |
| TOTAL PARTS: | **0.00** |
| SURCHARGE TOTAL: | **0.00** |
| LABOR: | 0.00 |
| LABOR COVERAGE CREDIT: | 0.00CR |
| TOTAL LABOR: | **0.00** |
| MISC.: | 0.00 |
| MISC. COVERAGE CREDIT: | 0.00CR |
| TOTAL MISC : | **0.00** |
| ELECTRONIC TOOLING FEE | 0.00 |
| HAZ WASTE DISPOSAL | 0.00 |
| SHOP SUPPLIES | 0.00 |
| LOCAL | **0.00** |
| STATE | **0.00** |

Billing Inquiries? Call (877)480-6970 or email CBSNPower.Receivables@cummins.com

THERE ARE ADDITIONAL CONTRACT TERMS ON THE REVERSE SIDE OF THIS DOCUMENT, INCLUDING LIMITATION ON WARRANTIES AND REMEDIES, WHICH ARE EXPRESSLY INCORPORATED HEREIN AND WHICH PURCHASER ACKNOWLEDGES HAVE BEEN READ AND FULLY UNDERSTOOD.

| | |
|---|---|
| SUB TOTAL: | 0.00 |
| TOTAL TAX: | 0.00 |
| **TOTAL AMOUNT: US $** | **0.00** |

AUTHORIZED BY (print name) _____    SIGNATURE _____    DATE _____

# STA-BRITE
## ☼ SPECIALTIES ☼
2211-D S. WEST AVENUE     WAUKESHA, WI 53189
(262) 542-2411 • (800) 458-7470 • FAX (262) 542-1160

# SALES ORDER
20061502

CUSTOMER NO.     WIX68

**SOLD TO**
STEFI EXPRESS INC
370 E. LILY DRIVE
OAK CREEK WI 53154-3056

**SHIP TO**
STEFI EXPRESS INC
370 E. LILY DRIVE
OAK CREEK, WI 53154-3056

Page     1

| DATE | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 6/15/20 2:57 PM | UPS GROUND | | 5% 10, Net 30 Days |

| PURCHASE ORDER NUMBER | ORDER DATE | SALESPERSON | OUR ORDER NUMBER |
|---|---|---|---|
| VERBAL | Jun 15, 2020 | | 20061502 |

| QTY ORDERED | QTY SHIPPED | QTY B.O. | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 2.00 | | | CUSTOM | CAB, SLEEPER AND TRANSITION PIECE WITH "1" LIGHTS AND BEZELS | 800.00 | 1,600.00 |
| 2.00 | | | CUSTOM | BUMPERS WITH "1" LIGHTS AND BEZELS | 400.00 | 800.00 |
| 1.00 | | | CUSTOM | KENWORTH CML | 100.00 | 100.00 |

PD $1500

TOTAL ORDER AMOUNT

PICK UP SIGNATURE



# THERMO KING of Southeast Wisconsin

THERMO KING SALES AND SERVICE ● CARRIER REPAIR, PARTS & SERVICE
SEMI-TRAILER PARTS & SERVICE ● DOT Inspections ● Brake Parts ● Suspensions
2738 N SYLVANIA AVE. FRANKSVILLE, WI 53126 ● P.O. BOX 397 FRANKSVILLE, WI 53126
**WWW.TKseWISCONSIN.COM**
PHONE (262) 835-9901 ● FAX (262) 835-9910

I-94 BETWEEN
HWY K & 20 IN
RACINE CO. WI.

SHIP TO

SOLD TO
KALI00   KALIN EXPRESS
         397 E LILY DRIVE
         OAK CREEK, WI 53154

SN:                                    HR        .0 W:00
Sold By: JEFFB   PO #:        Date 11/14/19  UNIT SALE INVOI US02662
Ship By:              Tax #:

| Tax | D | Qty Description | Price | Amount |
|-----|---|-----------------|-------|--------|

Group: 01
COMMENT
FURNISH AND INSTALL ONE THERMO KING TRIPAC EVOLUTION APU
SERIAL # HTG1216311 ON YOUR NEW KENWORTH TRACTOR VIN #
1XKYD49X2KJ422269.

UNIT SALE
00000    911403 TK      TRIPAC EV      TRIPAC EVO        11625.00
         SER#:HTG1216311      WAR:01  EXP: 11/14/19

WE APPRECIATE YOUR BUSINESS!

CUSTOMER PAID WITH CREDIT CARD, AUTH CODE: 01449P

PAID

REMIT TO: PO BOX 397, FRANKSVILLE WI 53126
NET 10 days
* A Division of Badger Trailer & Equipment Corp. Serving the Transportation Industry for 100 yrs.

## UNITS SHALL REMAIN THE PROPERTY OF BADGER TRAILER UNTIL PAID IN FULL

                                    ** SUBTOTAL    11625.00

                    Cash Sale

Phone: (414)394-3863              PAY THIS ➤    $11625.00
                                 AMOUNT



**Sales and Service**

MILWAUKEE WI BRANCH
800 WEST RYAN ROAD
OAK CREEK, WI 53154-
(414)768-7400

Payment terms are 30 days from invoice date unless otherwise agreed upon in writing. Remit to:
Cummins Sales and Service
NW 7686 PO Box 1450
Minneapolis, MN 55485-7686

| INVOICE NO |
| --- |
| F6-59134 |
| REMIT TO: NW 7686 P.O. Box 1450 Minneapolis, MN 55485-7686 |

BILL TO
STEFI EXPRESS
370 EAST LILLY DR
OAK CREEK, WI 53154-

OWNER
STEFI EXPRESS
370 EAST LILLY DR
OAK CREEK, WI 53154-
VLADIMIR . - 414 914-3949

PAGE    1 OF 2

*** CCARD ***

| DATE | CUSTOMER ORDER NO. | | DATE IN SERVICE | ENGINE MODEL | PUMP NO. | EQUIPMENT MAKE |
| --- | --- | --- | --- | --- | --- | --- |
| 01-APR-2020 | | | 22-NOV-2019 | X15 CM2350 X114B | | KENWORTH |
| CUSTOMER NO. | SHIP VIA | | FAIL DATE | ENGINE SERIAL NO. | CPL NO. | EQUIPMENT MODEL |
| 2118246 | | | 01-APR-2020 | 80218962 | | T660 |
| REF. NO. | SALESPERSON | | PARTS DISP. | MILEAGE.HOURS | PUMP CODE | UNIT NO. |
| 181159 | FQ255 | | | 37167 / 0 | | 80218962 |

| QUANTITY ORDERED | BACK ORDERED | QUANTITY SHIPPED | PART NUMBER | DESCRIPTION | PRODUCT CODE | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- |

OSN/MSN/VIN     1XKYD49X2LJ422269

COMPLAINT     BLUE KW ESN# 80218962 WAS BROUGHT BACK AGAIN FOR USING COOLANT. NO LEAKS SEEN ON THE GROUND.

CAUSE     COMPLETE ENGINE. SPECIAL. SEE MODE DESCRIPTION. SPECIAL INTERMITTENT PROB-NPF

CORRECTION     ADMINISTRATIVE TIME - OPEN AND CLOSE REPAIR ORDER (SHOP REPAIRS)
INSITE - USE DURING TROUBLESHOOTING SIGNATURE ENGINES
FAULT 197
MULTIMETER USAGE  (WITH PIN CHECK), EACH CONNECTOR - MEASURE (CMI)
ENGINE COOLANT LEVEL SENSOR - REMOVE AND INSTALL - X15 CM2350 X114B
COOLING SYSTEM DIAGNOSTICS - PRESSURE TEST (CMI)
HELD PRESSURE
RADIATOR PRESSURE CAP - PRESSURE TEST (CMI)
HELD PRESSURE
TURBOCHARGER - LEAK TEST (CMI)
HELD PRESSURE
EGR MASS MEASUREMENT FLOW ASSEMBLY - REMOVE AND INSTALL - X15 CM2350 X114B
NO ISSUES
REAR EGR CONNECTION TUBE - REMOVE AND INSTALL - X15 CM2350 X114B
EGR COOLER - CLEAN AND INSPECT FOR REUSE - X15 CM2350 X114B
EGR COOLER - COOLANT STRIP TEST (EXHAUST OUTLET) (CMI)
EGR COOLER - COOLANT STRIP TEST (EXHAUST INLET) (CMI)
NO SIGNS OF COOLANT LOSS.
STEAM CLEAN - SINGLE COMPONENT REPAIR
NO PROBLEMS FOUND.
TOOK OIL SAMPLE AND SENT IN.
ADVISE CUSTOMER TO DOCUMENT DATES AND MILAGES WHEN COOLANT IS BEING ADDED AND HOW MUCH IS BEING ADDED.
MAY ALSO WANT TO DISCONNECT TRI-PACK AS THAT COULD BE AN ISSUE AS WELL.
SERVICE EVENT COMPLETE
THANK YOU FOR YOUR BUSINESS

Billing Inquiries? Call (877)480-6970 or email CBSNPower.Receivables@cummins.com

THERE ARE ADDITIONAL CONTRACT TERMS ON THE REVERSE SIDE OF THIS DOCUMENT, INCLUDING LIMITATION ON WARRANTIES AND REMEDIES, WHICH ARE EXPRESSLY INCORPORATED HEREIN AND WHICH PURCHASER ACKNOWLEDGES HAVE BEEN READ AND FULLY UNDERSTOOD.

AUTHORIZED BY (print name)_____ SIGNATURE _____ DATE _____



**Sales and Service**

MILWAUKEE WI BRANCH
800 WEST RYAN ROAD
OAK CREEK, WI 53154-
(414)768-7400

Payment terms are 30 days from invoice date unless otherwise agreed upon in writing. Remit to:
Cummins Sales and Service
NW 7686 PO Box 1450
Minneapolis, MN 55485-7686

| INVOICE NO |
| --- |
| F6-59134 |
| REMIT TO: NW 7686 P.O. Box 1450<br>Minneapolis, MN 55485-7686 |

**BILL TO**

STEFI EXPRESS
370 EAST LILLY DR
OAK CREEK, WI 53154-

**OWNER**

STEFI EXPRESS
370 EAST LILLY DR
OAK CREEK, WI 53154-
VLADIMIR . - 414 914-3949

PAGE   2 OF 2

*** CCARD ***

| DATE | CUSTOMER ORDER NO. | DATE IN SERVICE | ENGINE MODEL | PUMP NO. | EQUIPMENT MAKE |
| --- | --- | --- | --- | --- | --- |
| 01-APR-2020 | | 22-NOV-2019 | X15 CM2350 X114B | | KENWORTH |
| **CUSTOMER NO.** | **SHIP VIA** | **FAIL DATE** | **ENGINE SERIAL NO.** | **CPL NO.** | **EQUIPMENT MODEL** |
| 2118246 | | 01-APR-2020 | 80218962 | | T680 |
| **REF. NO.** | **SALESPERSON** | **PARTS DISP.** | **MILEAGE/HOURS** | **PUMP CODE** | **UNIT NO.** |
| 181159 | FQ255 | | 37167 / 0 | | 80218962 |

| QUANTITY ORDERED | BACK ORDERED | QUANTITY SHIPPED | PART NUMBER | DESCRIPTION | PRODUCT CODE | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- |
| OSN/MSN/VIN | | | 1XKYD49X2LJ422269 | | | | |
| COVERAGE | | | WARRANTY | | | | |
| 1 | | 1 | CC2718 | QUIK-CHEK | FLG | .00 | 0.00 |

|  |  |
| --- | --- |
| PARTS: | 0.00 |
| PARTS COVERAGE CREDIT: | 0.00CR |
| TOTAL PARTS: | 0.00 |
| SURCHARGE TOTAL: | 0.00 |
| LABOR: | 0.00 |
| LABOR COVERAGE CREDIT: | 0.00CR |
| TOTAL LABOR: | 0.00 |
| MISC.: | 0.00 |
| MISC. COVERAGE CREDIT: | 0.00CR |
| TOTAL MISC.: | 0.00 |
| ELECTRONIC TOOLING FEE | 0.00 |
| HAZ WASTE DISPOSAL | 0.00 |
| SHOP SUPPLIES | 0.00 |

Motor vehicle repair practices are regulated by

Chapter ATCP 132 Wis. Admin. Code, administered

by the Bureau of Consumer Protection, Wisconsin

Dept of Agriculture, Trade, and Consumer

Protection, PO Box 8911, Madison, WI 53708-8911

WARRANTIES APPLIED:    **FACTORY IN SHOP**

| | |
| --- | --- |
| LOCAL | 0.00 |
| STATE | 0.00 |

Billing Inquiries? Call (877)480-6970 or email CBSNPower.Receivables@cummins.com

THERE ARE ADDITIONAL CONTRACT TERMS ON THE REVERSE SIDE OF THIS DOCUMENT, INCLUDING LIMITATION ON WARRANTIES AND REMEDIES, WHICH ARE EXPRESSLY INCORPORATED HEREIN AND WHICH PURCHASER ACKNOWLEDGES HAVE BEEN READ AND FULLY UNDERSTOOD.

| | |
| --- | --- |
| SUB TOTAL: | 0.00 |
| TOTAL TAX: | 0.00 |
| **TOTAL AMOUNT: US $** | **0.00** |

AUTHORIZED BY (print name)_____    SIGNATURE _____    DATE _____



**WISCONSIN KENWORTH**
A CSM Company

Green Bay | La Crosse | Menomonie
Milwaukee | Wausau | Windsor

Windsor

4539 Kenworth Dr.
Windsor, WI 53598
(608) 846-5451

| | |
|---|---|
| Invoice: | **011S116641** |
| Date / Hour: | 5/21/2020  2:10:22PM |
| Repair Order: | 116641 |
| Customer: | 408848 |
| Branch: | WIND |

~~Total Invoice: ~~
~~Cash~~

Page 1 of 3

**Bill To:** KALIN EXPRESS
LILY DRIVE
OAK CREEK, WI 53154

**Ship To:** KALIN EXPRESS
LILY DRIVE
OAK CREEK, WI 53154

Work: 414-394-3863

| Customer P/O: | | KWEINHEIMER | House | Orig R/O:  0 | Completion Date:  5/19/2020 |
|---|---|---|---|---|---|

**Unit Number: 339**      **Model Year: 2020**      **Make/Model: Kenworth T680**

**Type: TRACTOR**      **VIN: 1XKYD49X2LJ422269**      **Meter: 53207 Miles**

**ECM Reading: 993**

Unit Components:

| Manufacturer | Model | Part Number | Serial Number |
|---|---|---|---|
| Cummins | X15 | | 80218962 |
| DANA SPICER | | | HN07812865 |
| | | | K1356245 |

---

**Task: 1     014-Diag     Frame - Diagnosis/Inspection**                    **Department: SERVICE**

A22211

Complaint: THE FRAME HAS PEELING PAINT SEE JIM D.
Cause: PAA-127013 APPROVED.
Correction: SUBLETED THE PAINT OUT TO A PAINT SHOP.

| Supp. | Part | Description / Ref Number | U/M | Quantity | Price | Extended Price |
|---|---|---|---|---|---|---|
| | SUBLET | SUBLET-MISC | | 1.0 | $2,732.00 | $2,732.00 |
| | | | Task 1 Subtotals | Parts: | | $0.00 |
| | | | | Labor: | | $0.00 |
| | | | | Task 1 Subtotals | | $0.00 |

---

**Task: 3     045-Diag     Cummins Power Plant - Diagnosis/Inspection**                    **Department: SERVICE**

A22211

Complaint: THE TRUCK IS USING 1 GALLON OF COOLANT IN 15,000 MILES.
Correction: COOLANT LEVEL IS  AT THE MINIMUM MARK.  VISUAL INSPECTION FINDS NO EXTERNAL COOLANT LEAKS. PRESSURIZE COOLANT
SYSTEM TO 12 PSI.  VISUAL INSPECTION FOR LEAKS FINDS ARCTI FOX HEATER HOSE CLAMPS LEAKING. PUT NEW CONSTANT
TORQUE CLAMPS ON THE COOLANT HOSES. REMOVE OUTLET PIPE FROM EGR COOLER TO CHECK INSIDE THE COOLER WHERE
YOU CAN NOT SEE.. EGR PIPE & COOLER ARE COMPLETELY DRY WITHOUT ANY SIGNS OF COOLANT.

| Supp. | Part | Description / Ref Number | U/M | Quantity | Price | Extended Price |
|---|---|---|---|---|---|---|
| | 022144 | CLAMP - LINED 2 5/16" - 3 1/4" | EA | 4.0 | $2.73 | $10.92 |
| | | | Task 3 Subtotals | Parts: | | $0.00 |
| | | | | Labor: | | $0.00 |
| | | | | Task 3 Subtotals | | $0.00 |

---

**Task: 4     045-Diag     Cummins Power Plant - Diagnosis/Inspection**                    **Department: SERVICE**

A22211

Complaint: THE COOLANT HOSES ON THE RIGHT SIDE OF THE ENGINE BY THE FIRE WALL HAVE A FLAT SPOT WHERE THEY ARE RUBBING
TOGETHER.
Correction: TOOK PICTURES OF THE RUBBING HOSES & THE FLAT SPOTS ON THE HEATER HOSES.SAVED PICTURES AS LAST SIX OF VIN.  GOT
OK TO PREVENT FROM FURTHER RUBBING. CUT & APPLY PROTECTIVE WRAP & USE SWIVEL SADDLE TO SECURE & SEPARATE THE 2
HOSES. TOOK AFTER PICTURES & SAVED TO WARRANTY.

| Supp. | Part | Description / Ref Number | U/M | Quantity | Price | Extended Price |
|---|---|---|---|---|---|---|
| | CT05317 | TIE-CABLE 50LB 15.5" BLK | EA | 4.0 | $0.77 | $3.08 |
| | CT05512 | TIE-CABLE 120LB, 15.25" BLK | EA | 2.0 | $1.37 | $2.74 |

** See Last Page for Invoice Total **



**WISCONSIN KENWORTH**
A CSM Company

Green Bay | La Crosse | Menomonie
Milwaukee | Wausau | Windsor

**Windsor**

4539 Kenworth Dr.
Windsor, WI 53598
(608) 846-5451

| | |
|---|---|
| Invoice: | **011S116641** |
| Date / Hour: | 5/21/2020   2:10:22PM |
| Repair Order: | 116641 |
| Customer: | 408848 |
| Branch: | WIND |
| Total Invoice: | $ 168,18 |
| | ***Cash*** |
| | Page 2 of 3 |

*Bill To:*   KALIN EXPRESS
LILY DRIVE
OAK CREEK, WI 53154

*Ship To:*   KALIN EXPRESS
LILY DRIVE
OAK CREEK, WI 53154

Work: 414-394-3863

| Customer P/O: | | | | | | |
|---|---|---|---|---|---|---|
| | KWEINHEIMER | House | | Orig R/O. 0 | Completion Date: 5/19/2020 | |
| D2973-2367 | SHIELD-HOSE | | EA | 1.0 | $9.36 | $9.36 |
| DSWS4 | SPACER-DUAL SWIVEL SADDLE | | EA | 1.0 | $3.48 | $3.48 |
| | Task 4 Subtotals | | | Parts: | | $0.00 |
| | | | | Labor: | | $0.00 |
| | | | | Task 4 Subtotal | | $0.00 |

**Task:   5     044-Diag     Cummins Fuel System - Diagnosis/Inspection                Department: SERVICE**

A22211

Complaint: BOTH FUEL TANKS ARE GETTING WET  ON THE TOPS WHERE THE ARCTIC FOX HEATERS ARE MOUNTED ONTO THE TANK.
Correction: VISUAL INSPECTION OF FUEL TANKS FINDS LEAK COMING FROM CORK GASKETS WHERE CAPS MOUNT TO TANK.  TAKE PICTURES & SUBMIT QUOTE FOR GASKETS.
       TOOK OFF THE SIDE SKIRTS ON BOTH SIDES OF THE TRUCK, HAD TO LOOSEN UP THE FUEL TANK STRAPS TO BE ABLE TO GET THE ARCTIC HEATER OUT OF THE TANK, TOOK OFF THE FUEL LINES ON THE DRIVER SIDE, ROTATED THE FUEL TANK. TOOK THE TANK HEATER OUT. CLEANED UP THE SURFACES, PUT THE NEW GASKETS ON THE DRIVER SIDE AND TIGHTEN THEM DOWN. ROTATED THE TANK TO THE SAME SPOT PUT THE FUEL LINES BACK ON. ALSO STARTED WITH THE PASSENGERS SIDE NOW. PUMP AND DRAIN THE FUEL OUT OF THIS TANK, LOOSEN UP THE FUEL TANK STRAPS, TOOK OUT THE TANK HEATER AND PUT ONE NEW GASKET ON THE TANK HEATER
       CLEANED RIGHT FUEL TANK HEATER MOUNTING SURFACES. INSTALLED NEW GASKET TO HEATER AND INSTALLED TO FUEL TANK. ROTATED TANK WHERE VENT IS ON THE TOP. INSTALLED COOLANT LINES TO HEATER WITH NEW CLAMPS. INSTALLED SUPPLY AND RETURN FUEL LINES. INSTALLED FUEL LINES FOR APU.  TIGHTENED TANK STRAPS. PUMPED FUEL BACK INTO TANKS. PUT PUMP AND DRUMS BACK. CLEANED UP AREA.
       ASSISTED  WITH RE INSTALLATION OF FAIRINGS AND FUEL TANKS.  VERIFIED NO FINGERPRINTS WERE LEFT ON FAIRINGS.
       STEAM OFF BOTH FUEL TANKS FROM ABOVE & BELOW ALL DOWN THE SIDES.  RAN THE TRUCK CHECKED FOR LEAKS ALL OK NOW.

| Supp. | Part | Description / Ref Number | U/M | Quantity | Price | Extended Price |
|---|---|---|---|---|---|---|
| | A811 | GASKET-ROUND 10 BOLT | EA | 2.0 | $5.84 | $11.68 |
| | A841 | GASKET-HOT FOX | EA | 2.0 | $3.22 | $6.44 |
| | | Task 5 Subtotals | | Parts: | | $0.00 |
| | | | | Labor: | | $0.00 |
| | | | | Task 5 Subtotal | | $0.00 |

**Task:   6     052-Diag     Electrical Accessories - Diagnosis/Inspections                Department: SERVICE**

Complaint: THE SIDE SKIRT MOUNTED BENDIX RADAR WILL SEND AN ALARM EVEN WHEN THERE IS NOTHING IN THE BLIND SPOT AREA.  IF YOU TURN YOUR RIGHT SIDE BLINKER ON IT WILL SEND AN ALARM. TRY IT IN THE PARKING LOT IT WILL HAPPEN.
Correction: DRIVING AROUND PARKING LOT TURNING ON THE RIGHT TURN SIGNAL OVER & OVER AGAIN NEVER ONCE HAD THE ALERT OF SOMETHING BEING IN THE BLIND SPOT. ROAD TEST TRUCK TO HWY V & BACK, SAME THING, DIDNT MATTER WHAT LANE YOU WERE IN, MIDDLE LANE OR IN FAR RIGHT LANE THE WARNING NEVER CAME ON ONCE WITH THE RIGHT TURN SIGNAL ON. NO DASH WARNING LAMPS EITHER.

| Supp. | Part | Description / Ref Number | U/M | Quantity | Price | Extended Price |
|---|---|---|---|---|---|---|
| | | | Task 6 Subtotals | Parts: | | $0.00 |
| | | | | Labor: | | |
| | | | | Task 6 Subtotals | | |

**Task:   7     QC     Quality Control Check                Department: SERVICE**

Complaint: Post-Repair Quality Control Check
Correction: PERFORMED POST QUALITY INSPECTION.

| Supp. | Part | Description / Ref Number | U/M | Quantity | Price | Extended Price |
|---|---|---|---|---|---|---|

** See Last Page for Invoice Total **



**WISCONSIN KENWORTH**
A CSM Company

Green Bay | La Crosse | Menomonie
Milwaukee | Wausau | Windsor

**Windsor**

4539 Kenworth Dr.
Windsor, WI 53598
(608) 846-5451

| | |
|---|---|
| Invoice: | **011S116641** |
| Date / Hour: | 5/21/2020  2:10:22PM |
| Repair Order: | 116641 |
| Customer: | 408848 |
| Branch: | WIND |
| Total Invoice: | $ 168.18 |
| | ***Cash*** |
| | Page 3 of 3 |

**Bill To:**   KALIN EXPRESS
LILY DRIVE
OAK CREEK, WI 53154

**Ship To:** KALIN EXPRESS
LILY DRIVE
OAK CREEK, WI 53154

Work: 414-394-3863

| Customer P/O: | | KWEINHEIMER | House | Orig R/O:  0 | Completion Date: 5/19/2020 | |
|---|---|---|---|---|---|---|
| COMP-INSP | | Complimentary Inspection Discount | | | | |
| Labor Quote:  50.00 | | | | -1.0 | $50.00 | ($50.00) |
| | | | Task 7 Subtotals | Parts: | | $0.00 |
| | | | | Labor: | | $50.00 |
| | | | | Miscellaneous: | | ($50.00) |
| | | | | Task 7 Subtotals | | $0.00 |

Detail Tax Info:

| Sales Tax | | $0.00 | | Total Parts: | **$0.00** |
|---|---|---|---|---|---|
| | | $0.00 | | Total Labor: | $205.00 |
| | | | | Total Miscellaneous: | ($50.00) |
| | | | | Total Shop Supply Fee: | $13.18 |
| | | | | Invoice Subtotal: | $168.18 |
| | | | | Total Tax: | $0.00 |
| | | | | **Total Invoice:** | **$168.18** |

| Payment Method | Terms | Due Date |
|---|---|---|
| Cash | COD | 5/21/2020 |

Remit To:
Wisconsin Kenworth - Windsor
PO Box 689706

Chicago, IL 60695-9706

| Paid With: | Cash | | | | | |
|---|---|---|---|---|---|---|
| Amount Due: | $168.18 | Amount Received: | $168.18 | Chg Due: | $0.00 | |

DISCLAIMER OF WARRANTIES: Any warranties on the product sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties, either express or implied, including any implied warranties of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.

Wisconsin vehicle repair practices are regulated by chapter ATCP 132, Wis. Adm. Code, administered by the Bureau of Consumer Protection, Wisconsin Dept. of Agriculture, Trade and Consumer Protection. PO Box 8911, Madison, Wisconsin 53708-8911.

I HEREBY AUTHORIZE the above repair work to be done along with the necessary materials. You and your employees may operate above vehicle for purposes of testing, inspection, or delivery at my risk. An express mechanic's lien is acknowledged on above vehicle to secure the amount of repairs thereto. You will not be held responsible for loss or damage to vehicle or articles left in vehicle in case of fire, theft, accident or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. Buyer shall not be entitled to recover from the selling dealer any consequential damages, damages to property, damages for loss of use, loss of time, loss of time, loss of profits, or income, or any other incidental damages. NOTICE: You are entitled to inspect or receive any components, parts or accessories replaced or removed by the shop.

CUSTOMER SIGNATURE_____

PLEASE PRINT NAME_____ DATE_____



## Sales and Service

Payment terms are 30 days from invoice date unless otherwise agreed upon in writing. Remit to:
Cummins Sales and Service
NW 7686 PO Box 1450
Minneapolis, MN 55485-7686

MILWAUKEE WI BRANCH
800 WEST RYAN ROAD
OAK CREEK, WI 53154-
(414)768-7400

### INVOICE NO
**F6-65550**

REMIT TO: NW 7686 P.O. Box 1450
Minneapolis. MN 55485-7686

**BILL TO**
STEFI EXPRESS
370 EAST LILLY DR
OAK CREEK. WI 53154-

**OWNER**
STEFI EXPRESS
370 EAST LILLY DR
OAK CREEK, WI 53154-
VLADIMIR . - 414 9143949

PAGE   1 OF 2

*** CCARD ***

| DATE | CUSTOMER ORDER NO. | DATE IN SERVICE | ENGINE MODEL | PUMP NO. | EQUIPMENT MAKE |
|---|---|---|---|---|---|
| 29-JUN-2020 | | 22-NOV-2019 | X15 CM2350 X114B | | KENWORTH |
| **CUSTOMER NO.** | **SHIP VIA** | **FAIL DATE** | **ENGINE SERIAL NO.** | **CPL NO.** | **EQUIPMENT MODEL** |
| 2118246 | | 26-JUN-2020 | 80218962 | | T680 |
| **REF. NO.** | **SALESPERSON** | **PARTS DISP.** | **MILEAGE/HOURS** | **PUMP CODE** | **UNIT NO.** |
| 182764 | FQ255 | | 69994 | | 80218962 |

| QUANTITY ORDERED | BACK ORDERED | QUANTITY SHIPPED | PART NUMBER | DESCRIPTION | PRODUCT CODE | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| OSN/MSN/VIN | | | 1XKYD49X2LJ422269 | | | | |
| COMPLAINT | | | | BLUE KW ESN# 80218962 WAS BROUGHT BACK AGAIN FOR USING COOLANT. NO LEAKS SEEN ON THE GROUND. | | | |
| CAUSE | | | | COMPLETE ENGINE. SPECIAL. SEE MODE DESCRIPTION. SPECIAL. INTERMITTENT PROB-NPF. LOCATION N/A. | | | |
| CORRECTION | | | | ADMINISTRATIVE TIME - OPEN AND CLOSE REPAIR ORDER (SHOP REPAIRS) INSITE - USE DURING TROUBLESHOOTING SIGNATURE ENGINES NO FAULTS IN THE ECM TROUBLESHOOT COOLANT LOSS. COOLING SYSTEM DIAGNOSTICS - PRESSURE TEST (CMI) COOLING SYSTEM HELD PRESSURE FOR AN HOUR. NO SIGNS OF ANY COOLING ISSUES. CUSTOMER STATED THE UNIT IS ALSO BLOWING BLACK SMOKE, STAINING THE TRAILER WITH SOOT. AFTERTREATMENT - SNAP TEST (AFTERTREATMENT CONNECTED) (CMI) NO BLACK SMOKE, STACKS ARE CLEAN, NO SIGNS OF SOOT. AFTERTREATMENT DIESEL PARTICULATE FILTER REGENERATION ANALYZER - TEST, (INSITE) (CMI) COMPLETED REGEN WITH NO ISSUES. NO PROBLEMS FOUND. THANK YOU FOR YOUR BUSINESS | | | |
| COVERAGE | | | | WARRANTY | | | |

| | | |
|---|---|---|
| PARTS: | | 0.00 |
| PARTS COVERAGE CREDIT: | | 0.00CR |
| TOTAL PARTS: | 0.00 | |
| SURCHARGE TOTAL: | | 0.00 |
| LABOR: | | 0.00 |
| LABOR COVERAGE CREDIT: | | 0.00CR |
| TOTAL LABOR: | 0.00 | |
| MISC: | | 0.00 |

Billing Inquiries? Call (877)480-6970 or email CBSNPower.Receivables@cummins.com

THERE ARE ADDITIONAL CONTRACT TERMS ON THE REVERSE SIDE OF THIS DOCUMENT, INCLUDING LIMITATION ON WARRANTIES AND REMEDIES, WHICH ARE EXPRESSLY INCORPORATED HEREIN AND WHICH PURCHASER ACKNOWLEDGES HAVE BEEN READ AND FULLY UNDERSTOOD.

AUTHORIZED BY (print name)_____ SIGNATURE_____ DATE_____



## Sales and Service

Payment terms are 30 days from invoice date unless otherwise agreed upon in writing.  Remit to:
Cummins Sales and Service
NW 7686 PO Box 1450
Minneapolis, MN 55485-7686

MILWAUKEE WI BRANCH
800 WEST RYAN ROAD
OAK CREEK, WI 53154-
(414)768-7400

| INVOICE NO |
| --- |
| F6-65550 |
| REMIT TO: NW 7686 P.O. Box 1450 Minneapolis, MN 55485-7686 |

**BILL TO**

STEFI EXPRESS
370 EAST LILLY DR
OAK CREEK. WI 53154-

**OWNER**

STEFI EXPRESS
370 EAST LILLY DR
OAK CREEK , WI 53154-
VLADIMIR . - 414 9143949

PAGE   2 OF 2

*** CCARD ***

| DATE | CUSTOMER ORDER NO. | DATE IN SERVICE | ENGINE MODEL | PUMP NO. | EQUIPMENT MAKE |
| --- | --- | --- | --- | --- | --- |
| 29-JUN-2020 | | 22-NOV-2019 | X15 CM2350 X114B | | KENWORTH |
| **CUSTOMER NO.** | **SHIP VIA** | **FAIL DATE** | **ENGINE SERIAL NO.** | **CPL NO.** | **EQUIPMENT MODEL** |
| 2118246 | | 26-JUN-2020 | 80218962 | | T680 |
| **REF. NO.** | **SALESPERSON** | **PARTS DISP.** | **MILEAGE-HOURS** | **PUMP CODE** | **UNIT NO.** |
| 182764 | FQ255 | | 69994 | | 80218962 |

| QUANTITY ORDERED | BACK ORDERED | QUANTITY SHIPPED | PART NUMBER | DESCRIPTION | PRODUCT CODE | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- |
| OSN/MSN/VIN | | | 1XKYD49X2LJ422269 | | | | |
| | | | | MISC. COVERAGE CREDIT: | | | 0.00 CR |
| | | | | TOTAL MISC.: | | 0.00 | |
| | | | | ELECTRONIC TOOLING FEE | | | 0.00 |
| | | | | HAZ WASTE DISPOSAL | | | 0.00 |
| | | | | SHOP SUPPLIES | | | 0.00 |
| WARRANTIES APPLIED: | | **FACTORY IN SHOP** | | | | | |
| | | | | | LOCAL | | 0.00 |
| | | | | | STATE | | 0.00 |

Motor vehicle repair practices are regulated by

Chapter ATCP 132 Wis. Admin. Code, administered

by the Bureau of Consumer Protection, Wisconsin

Dept of Agriculture, Trade, and Consumer

Protection, PO Box 8911, Madison, WI  53708-8911

Billing Inquiries? Call (877)480-6970 or email CBSNPower.Receivables@cummins.com

THERE ARE ADDITIONAL CONTRACT TERMS ON THE REVERSE SIDE OF THIS
DOCUMENT, INCLUDING LIMITATION ON WARRANTIES AND REMEDIES, WHICH ARE
EXPRESSLY INCORPORATED HEREIN AND WHICH PURCHASER ACKNOWLEDGES HAVE
BEEN READ AND FULLY UNDERSTOOD.

| | |
| --- | --- |
| SUB TOTAL: | 0.00 |
| TOTAL TAX: | 0.00 |
| **TOTAL AMOUNT: US $** | **0.00** |

_____SIGNATURE_____          _____DATE_____

AUTHORIZED BY (print name)_____



# WISCONSIN KENWORTH

A CSM Company

Green Bay | La Crosse | Menomonie
Milwaukee | Wausau | Windsor

**Windsor**

4539 Kenworth Dr.
Windsor, WI 53598
(608) 846-5451

| | |
|---|---|
| Invoice: | 011S118708 |
| Date / Hour: | 8/19/2020   2:07:25PM |
| Repair Order: | 118708 |
| Customer: | 408848 |
| Branch: | WIND |
| Total Invoice: | $ 367.46 |
| | ***Cash*** |
| | Page 1 of 2 |

**Bill To:**　KALIN EXPRESS
LILY DRIVE
OAK CREEK, WI 53154

**Ship To:** KALIN EXPRESS
LILY DRIVE
OAK CREEK, WI 53154

| Customer P/O | | RSTENJEM | House | Orig R/O:  0 | Completion Date: 8/19/2020 |
|---|---|---|---|---|---|
| **Unit Number: 339** | | **Model Year: 2020** | | **Make/Model:** Kenworth T680 | |
| **Type: TRACTOR** | | **VIN:** 1XKYD49X2LJ422269 | | **Meter:** 91081 Miles | |
| **In-Service Date: 11/08/2019** | | | | **ECM Reading: 993** | |

Unit Components

| Manufacturer | Model | Part Number | Serial Number |
|---|---|---|---|
| Cummins | X15 | | 80218962 |
| DANA SPICER | | | HN07812865 |
| | | | K1356245 |

---

**Task:　1　　045　　Cummins Power Plant - Service/Repair　　　　　　　Department: SERVICE**

**Complaint:** THE CUSTOMER STATES THAT HE HAS GONE THROUGH 1 TO 1.5 GALLONS OF COOLANT IN THE LAST 10,000 MILES. THE COOLANT LEVEL IS ABOUT 2 INCHES BELOW MINIMUM. STARTS THE TRUCK IT DROPS FARTHER. COOLANT LEVEL WILL BE AT MINIMUM WHEN WARM. THE LOW COOLANT LIGHT IS ON. THE CHECK ENGINE LIGHT WILL COME ON WHEN GOING OVER HILLS.

**Correction:** PULLED FAULTS OFF TRUCK. NO RUNNABILITY FAULTS. DRAINED FUEL SAMPLE OUT OF PRIMARY FUEL FILTER. CLEAN. DRAINED FUEL FROM SECONDARY FUEL FILTER. NO COOLANT. REPLACED SECONDARY FILTER. PLACED BLOCK CHECKER ON COOLANT RESERVOIR. NO SIGNS OF BUBBLES OR COMBUSTION IN COOLING SYSTEM. PRESSURIZED COOLING SYSTEM. FOUND COOLANT LEAKING AT COOLANT FITTING ON APU. TIGHTENED CLAMP. LEAK STOPPED. STEAMED OFF ENGINE. CLEANED BAY. RAN ENGINE TO TEMP OUTSIDE AND BURPED COOLING SYSTEM. TOPPED OFF COOLANT. PRESSURIZED COOLING SYSTEM. DID NOT START PRESSURIZED AFTER OPERATION NUMBER TWO WAS DONE AND TRUCK SAT OUTSIDE OVER NIGHT. NO LEAKS NOW.

| Supp | Part | Description / Ref Number | U/M | Quantity | Price | Extended Price |
|---|---|---|---|---|---|---|
| | FF5825NNFLG | FILTER-FUEL | EA | 1.0 | $61.26 | $61.26 |
| | | Task 1 Subtotals | | | Parts: | $61.26 |
| | | | | | Labor: | $279.00 |
| | | | | | Task 1 Subtotals | $340.26 |

---

**Task:　2　　042　　Cummins Cooling System - Service/Repair　　　　　　Department: SERVICE**

A22211

**Complaint:** COOLANT LEAKING AT MANIFOLD ON RIGHT SIDE OF FIREWALL THAT HEATER HOSES CONNECT TO.

**Correction:** TOOK PICTURES AND SAVED ON THE W DRIVE. COOLANT LEAKING PAST TWO CLAMPS. DRAINED COOLANT. REMOVED COOLANT LINES FROM VALVE FOR CAB HEATER. INSPECTED HOSES. ASSEMBLED WITH NEW CLAMPS. DREW COOLANT BACK INTO SYSTEM. PRESSURE TEST. NO MORE LEAKS FOUND. LEFT PRESSURE ON SYSTEM.

| Supp | Part | Description / Ref Number | U/M | Quantity | Price | Extended Price |
|---|---|---|---|---|---|---|
| | 022410 | CONSTANT TORQ CLAMP 9/16 - 1-1 | EA | 4.0 | $6.79 | $27.16 |
| | | Task 2 Subtotals | | | Parts: | $0.00 |
| | | | | | Labor: | $0.00 |
| | | | | | Task 2 Subtotals | $0.00 |

---

**Task:　3　　043　　Cummins Exhaust System - Service/Repair　　　　　　Department: SERVICE**

A22211

**Complaint:** EXHAUST FLEX BEHIND SLEEPER IS BROKE

**Correction:** BROUGHT TRUCK INTO SHOP. LIFTED FRONT END UP WITH WHEEL JACKS DUE TO LACK OF ROOM UNDER TRUCK. REMOVED TWO REAR EXHAUST BRACKETS. REMOVED BOTH THE EXHAUST CLAMPS ON BROKEN FLEX. REMOVED THE FLEX GOING UP TO Y PIPE. CLEANED UP THE EXHAUST PIPE WITH WIRE WHEEL. GOT NEW PARTS. TURNED OLD INTO WARRANTY. HAD TO CUT DOWN PIPE TO THE CORRECT LENGTH. CLEANED UP THE FLEX FOR BURRS. INSTALLED NEW PARTS. CHECKED FOR GAPS. NO GAPS. INSTALLED THE HOLD DOWN PRIOR TO TIGHTENING FLEX CLAMPS. REMOVED WHEEL JACKS.

| Supp | Part | Description / Ref Number | U/M | Quantity | Price | Extended Price |
|---|---|---|---|---|---|---|
| | 17B-500-12SS | 5X12" PRE CUT SS FLEX PIPE | EA | 1.0 | $22.48 | $22.48 |

** See Last Page for Invoice Total **



# WISCONSIN KENWORTH

A CSM Company

Green Bay | La Crosse | Menomonie
Milwaukee | Wausau | Windsor

**Windsor**

4539 Kenworth Dr.
Windsor, WI 53598
(608) 846-5451

Invoice: 011S118708
Date / Hour: 8/19/2020  2:07:25PM
Repair Order: 118708
Customer: 408848
Branch: WIND
Total Invoice: $ 367.46
***Cash***

Page 2 of 2

**Bill To:**
KALIN EXPRESS
LILY DRIVE
OAK CREEK, WI 53154

**Ship To:** KALIN EXPRESS
LILY DRIVE
OAK CREEK, WI 53154

| Customer P/O | | | | | | | |
|---|---|---|---|---|---|---|---|
| 20A-500 | RSTENJEM | House | | Orig R/O: 0 | | Completion Date: 8/19/2020 | |
| | PREFORMED ALUMINIZED EXH CLAMP | | EA | 2.0 | | $10.13 | $20.26 |
| | | Task 3 Subtotals | | | Parts | | $0.00 |
| | | | | | Labor | | $0.00 |
| | | | | Task 3 Subtotals | | | $0.00 |

**Task:   4   041      Cummins Air Intake System - Service/Repair**          **Department: SERVICE**

Complaint: ENGINE AIR FILTER IS DIRTY AND PLUGGED
Correction: CUSTOMER DECLINED REPLACING THE AIR FILTER. THEY WILL REPLACE THEMSELVES.
        Status: Deferred  Reason:   CUSTOMER DECLINED THE REPAIR. WILL PERFORM          Date:    8/19/2020  2:07:07PM
                THEMSELVES

Detail Tax Info:
Sales Tax                                $0.00
                                         $0.00

| | |
|---|---|
| Total Parts: | $61.26 |
| Total Labor: | $279.00 |
| Total Shop Supply Fee: | $27.20 |
| Invoice Subtotal: | $367.46 |
| Total Tax: | $0.00 |
| Total Invoice: | $367.46 |

| Payment Method | Terms | Due Date |
|---|---|---|
| Cash | COD | 8/19/2020 |

**Remit To**

Wisconsin Kenworth - Windsor
PO Box 689706

Chicago, IL 60695-9706

Paid With:    Cash
Amount Due:    $367.46          Amount Received:    $367.46          Chg Due:    $0.00

DISCLAIMER OF WARRANTIES: Any warranties on the product sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties, either express or implied, including any implied warranties of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.

Wisconsin vehicle repair practices are regulated by chapter ATCP 132, Wis. Adm. Code, administered by the Bureau of Consumer Protection, Wisconsin Dept. of Agriculture, Trade and Consumer Protection, PO Box 8911, Madison, Wisconsin 53708-8911.

I HEREBY AUTHORIZE the above repair work to be done along with the necessary materials. You and your employees may operate above vehicle for purposes of testing, inspection, or delivery at my risk. An express mechanic's lien is acknowledged on above vehicle to secure the amount of repairs thereto. You will not be held responsible for loss or damage to vehicle or articles left in vehicle in case of fire, theft, accident or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. Buyer shall not be entitled to recover from the selling dealer any consequential damages, damages to property, damages for loss of use, loss of time, loss of profits, or income, or any other incidental damages. NOTICE: You are entitled to inspect or receive any components, parts or accessories replaced or removed by the shop.

CUSTOMER SIGNATURE_____

PLEASE PRINT NAME_____ DATE_____

**EXHIBIT B**



**HINSHAW**

HINSHAW & CULBERTSON LLP
Attorneys at Law
100 E. Wisconsin Avenue
Suite 2600
Milwaukee, WI 53202

414-276-6464
414-276-9220 (fax)
www.hinshawlaw.com

Jeffrey S. Fertl
414-225-4812
jfertl@hinshawlaw.com

October 13, 2020

**VIA U.S. MAIL**

Mr. Petar Pilipovic
Kalin Express Inc.
397 E. Lily Drive
Oak Creek, WI 53154-3014

Re:    Kalin Express/Petar Pilipovic v. PACCAR Inc.
       Vehicle: 2020 Kenworth T680 - VIN#: 1XKYD49X2LJ422269

Dear Mr. Pilipovic:

We have had an opportunity to review your Lemon Law Notice as well as the information available on vehicle repairs.

Under the Wisconsin Lemon Law the alleged warranty nonconformity must substantially impair the use, value or safety of the vehicle. In addition, the vehicle must be out of service for more than 30 days due to warranty nonconformities or the same warranty nonconformity must be subject to repair on 4 occasions and continue. From our review of the repair records, your vehicle has not been out of service for more than 30 days due to warranty nonconformities nor have there been 4 repair attempts on the same nonconformity and the nonconformity continues. Furthermore, the issues have not substantially impaired the use, value or safety of the vehicle. Accordingly, since your vehicle does not satisfy the elements of the Wisconsin lemon law, PACCAR Inc. is respectfully denying your lemon law claim. If you have additional information to the contrary, please provide that to us.

Very truly yours,

HINSHAW & CULBERTSON LLP

JSF:lam:baw

1035107\306772962.v1